Michael Machat, Esq.
California State Bar Number 109475
*Appearing pro hac vice*
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
**ALBRIGHT STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

Attorneys for Plaintiff
Sonia Feldman

# UNITED STATES DISTRICT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FELDMAN, | Case Number: 2:24-cv-00526-JCM-MDC |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VACANT LAND LOCATED AT APN# 125-19-203-002 ONLY, WITHOUT PREJUDICE** |
| MARK ANTHONY SAWYER, ET AL, | |
| Defendants. | |

1 | Pursuant to Fed.R.Civ.P. Rule 41(a) Plaintiff SONIA FELDMAN hereby dismisses
2 | without prejudice, Defendant Vacant Land Located at APN **125-19-203-002**

4 | DATED: July 18, 2024         Michael Machat

By: _____*Michael Machat*_____

Michael Machat (CA SBN 109475)
*Appearing Pro hac vice*
8730 W. Sunset Blvd., Ste. 250
West Hollywood, CA 90069
Tel: (310) 860-1833
Email: Michael@machatlaw.com
Attorneys for Plaintiff Sonia Feldman