1  **E. BRENT BRYSON, ESQ.**
Nevada Bar No. 004933
**E. BRENT BRYSON, LTD.**
375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
(702) 364-1234 Telephone
(702) 364-1442 Facsimile
Ebbesqltd@yahoo.com
*Attorney for All Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FELDMAN, ) ) Plaintiff, ) ) vs. ) ) MARK ANTHONY SAWYER; ) JENNIFER ANN SAWYER; NEVADA ) MJS TRUST; THE PROPERTY ) LOCATED AT 6940 N. JENSEN ) STREET, LAS VEGAS, NV 89149-1365; ) THE PROPERTY LOCATED AT 508 ) SETTING MOON STREET, NORTH ) LAS VEGAS, NV 89084-1258; THE ) VACANT LAND LOCATED AT APN# ) 125-19-203-002; ATD COMMERCE, ) LLC.; ACM NORTH, LLC; MAS ) HOLDINGS GROUP, LLC., and ) SAWYER HOLDINGS, LLC., ) ) Defendants. ) ) | Case No.: 2:24-cv-00526-JCM-MDC  **STIPULATION FOR WAIVER OF THE SERVICE OF SUMMONS** |

IT IS HEREBY STIPULATED between Defendants' counsel, E. Brent Bryson, Esq. of the law firm of E. Brent Bryson, Ltd., and Plaintiff's counsel, G. Mark Albright, Esq., Daniel R. Ormsby, Esq., and Kyle W. Fenton, Esq., of the law firm of Albright Stoddard, Warnick & Albright, and Michael Machat, Esq. (appearing *pro hac vice)* of the law firm of Machat & Associates, P.C., that E. Brent Bryson, Ltd. will accept a waiver of the service of the summons for

1

Defendant MAS HOLDINGS GROUP, LLC., and that the other Defendants have already been served a summons and amended complaint.

IT IS FURTHER STIPULATED that Defendants MARK ANTHONY SAWYER; JENNIFER ANN SAWYER; NEVADA MJS TRUST; THE PROPERTY LOCATED AT 6940 N. JENSEN STREET, LAS VEGAS, NV 89149-1365; THE PROPERTY LOCATED AT 508 SETTING MOON STREET, NORTH LAS VEGAS, NV 89084-1258; ATD COMMERCE, LLC.; ACM NORTH, LLC; and SAWYER HOLDINGS, LLC., have 60 days from July 16, 2024, the date the request for waiver of the service of the summons was made, or by/on Monday, September 16, 2024, to file a responsive pleading to Plaintiff's Amended Complaint (ECF No. 12) on file herein, making the due date to file a responsive pleading the same for all remaining nine Defendants.

DATED this 22nd day of July, 2024.

**E. BRENT BRYSON, LTD.**

*/s/ E. Brent Bryson, Esq.*
**E. BRENT BRYSON, ESQ.**
Nevada Bar No. 004933
375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
(702) 364-1234 Telephone
(702) 364-1442 Facsimile
Ebbesqltd@yahoo.com
*Attorney for All Defendants*

DATED this 22nd day of July, 2024.

**MACHAT & ASSOCIATES, P.C.**

*/s/ Michael Machat, Esq.*
**MICHAEL MACHAT, ESQ.**
California Bar No. 109475
*Appearing Pro Hac Vice*
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
michael@machatlaw.com
*Attorneys for Plaintiff*

DATED this _____ day of July, 2024.

**ALBRIGHT STODDARD, WARNICK ALBRIGHT**

*/s/*
**G. MARK ALBRIGHT, ESQ. (1394)**
**DANIEL R. ORMSBY, ESQ. (14595)**
**KYLE W. FENTON, ESQ. (16235)**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605

2

gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2024, a true and correct copy of the foregoing **STIPULATION FOR WAIVER OF THE SERVICE OF SUMMONS** was served via the Court's CM/ECF system on all parties currently on the electronic service list including:

**MACHAT & ASSOCIATES, P.C.**
MICHAEL MACHAT, Esq.
California Bar No. 109475
*Appearing Pro Hac Vice*
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
michael@machatlaw.com
*Attorneys for Plaintiff*
and
**ALBRIGHT STODDARD, WARNICK & ALBRIGHT**
G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　*/s/ Ronald J. Hirsch*
　　　　　　　　　　　　　　　　　An Employee and/or Agent of E. BRENT BRYSON, LTD.

3