1  **E. BRENT BRYSON, ESQ.**
Nevada Bar No. 004933
2  **E. BRENT BRYSON, LTD.**
3  375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
4  (702) 364-1234 Telephone
(702) 364-1442 Facsimile
5  Ebbesqltd@yahoo.com
*Attorney for All Defendants*
6

7                              **UNITED STATES DISTRICT COURT**

8                                        **DISTRICT OF NEVADA**

| | |
|---|---|
| 9   SONIA FELDMAN, | |
| 10              Plaintiff, | Case No.  2:24-cv-00526-JCM-MDC |
| 11  vs. | |
| 12  MARK ANTHONY SAWYER; JENNIFER ANN SAWYER; NEVADA MJS TRUST; THE PROPERTY LOCATED AT 6940 N. JENSEN STREET, LAS VEGAS, NV 89149-1365; THE PROPERTY LOCATED AT 508 SETTING MOON STREET, NORTH LAS VEGAS, NV 89084-1258; THE VACANT LAND LOCATED AT APN# 125-19-203-002; ATD COMMERCE, LLC.; ACM NORTH, LLC; MAS HOLDINGS GROUP, LLC., and SAWYER HOLDINGS, LLC., | **MOTION TO WITHDRAW AS COUNSEL FOR ALL DEFENDANTS** |
| 19 | |
| 20              Defendants. | |

21       COMES NOW, E. Brent Bryson, Esq. of the law firm of E. Brent Bryson, Ltd., attorney

of record for all Defendants, and pursuant to F.R.C.P. Rule 7(b) and Local Rule IA-6(b), files this

MOTION TO WITHDRAW AS COUNSEL FOR ALL DEFENDANTS.  This motion is made

and based upon the following memorandum of points and authorities, the papers and pleadings on

file herein, the Declaration of E. Brent Bryson, Esq. attached hereto, together with any oral

argument at the time of hearing, if any.

28

1

DATED this 4th day of December, 2024.

**E. BRENT BRYSON, ESQ.**

*/s/ E. Brent Bryson, Esq.*
**E. BRENT BRYSON, ESQ.**
Nevada Bar No. 004933
*Attorney for All Defendants*

## MEMORANDUM OF POINTS AND AUTHORITIES

I. **LAW**

    A. **F.R.C.P. RULE 7(b)(1)(2) MOTIONS AND OTHER PAPERS** states:

(1) In General. A request for a court order must be made by motion. The motion must: (A) be in writing unless made during a hearing or trial; (B) state with particularity the grounds for seeking the order; and (C) state the relief sought.

(2) Form. The rules governing captions and other matters of form in pleadings apply to motions and other papers.

    B. **F.R.C.P. LOCAL RULE IA-6 APPEARANCES, SUBSTITUTIONS, AND WITHDRAWALS** states in relevant part:

(b) If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise.
…
(e) Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge.

///

///

///

///

2

## II. ARGUMENT

In the instant case, the undersigned counsel respectfully requests this Honorable Court grant the law offices of E. Brent Bryson, Ltd. and E. Brent Bryson, Esq. leave to withdraw as attorney of record all Defendants because of Defendants' failure to communicate to this counsel and for Defendants' failure to adequately retain this counsel for this case.

Defendants have has been informed of this Counsel's intent to withdraw from this matter. Withdrawal can be accomplished without material adverse effect on the interests of Defendants as the last pleading was filed on October 15, 2024, Stipulated Discovery Plan and Scheduling Order [ECF No.: 29], with discovery cutoff set for March 10, 2025, and a joint pretrial order due by/on May 9, 2025.

Defendants' last known mailing addresses and email addresses can be used to serve Defendants with notice of further proceedings taken in this action and are as follows:

MARK SAWYER
6940 N JENSEN ST
LAS VEGAS, NV 89149
Email: msawyer2729@yahoo.com

JENNIFER SAWYER
6940 N JENSEN ST
LAS VEGAS, NV 89149
Email: jen61002@hotmail.com

NEVADA MJS TRUST
6940 N JENSEN ST
LAS VEGAS, NV 89149

THE PROPERTY LOCATED AT:
508 SETTING MOON STREET
NORTH LAS VEGAS, NV 89084-1258

ATD COMMERCE, LLC.
C/o US CORPORATE SOLUTIONS, LLC.
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

///

1  ACM NORTH, LLC.
2  C/o US CORPORATE SOLUTIONS, LLC.
   2685 S. Rainbow Blvd., Suite 213
3  Las Vegas, NV 89146

4  MAS HOLDINGS GROUP, LLC.
   C/o US CORPORATE SOLUTIONS, LLC.
5  2685 S. Rainbow Blvd., Suite 213
   Las Vegas, NV 89146
6

7  SAWYER HOLDINGS, LLC.
   C/o JEFFREY BURR, LTD.
8  2600 Paseo Verde Pkwy., Suite 200
   Henderson, NV 89074
9

10    Defendants have been served a copy of this Motion by placing the Motion in sealed

11 envelopes, postage prepaid, and mailed via USPS mail and emailed to Defendants' last known

12 address as indicated above.

13   **III.   CONCLUSION**

14    That based upon the forgoing, this Counsel respectfully requests leave to withdraw as

15 counsel of record for all Defendants.

16    DATED this 4th day of December, 2024.

17
                                                  **E. BRENT BRYSON, ESQ.**
18
                                                  */s/ E. Brent Bryson, Esq.*
19                                                **E. BRENT BRYSON, ESQ.**
                                                  Nevada Bar No. 004933
20                                                **E. BRENT BRYSON, LTD.**
                                                  375 E. Warm Springs Rd., Suite 104
21                                                Las Vegas, Nevada 89119
                                                  (702) 364-1234 Telephone
22                                                (702) 364-1442 Facsimile
                                                  Ebbesqltd@yahoo.com
23                                                *Attorney for All Defendants*
24

25

26

27

28

4

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2024, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR ALL DEFENDANTS** was electronically filed and served via the Court's CM/ECF system on all parties currently on the electronic service list including:

**MACHAT & ASSOCIATES, P.C.**
MICHAEL MACHAT, Esq.
California Bar No. 109475
*Appearing Pro Hac Vice*
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
michael@machatlaw.com
*Attorneys for Plaintiff*

**ALBRIGHT STODDARD, WARNICK & ALBRIGHT**
G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com
*Attorneys for Plaintiff*

And a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR ALL DEFENDANTS** was also served by mail via the United States Postal Service, in a sealed envelope, postage prepaid, to the Defendants' last known address on December 5, 2024:

MARK SAWYER
6940 N JENSEN ST
LAS VEGAS, NV 89149
Email: msawyer2729@yahoo.com

JENNIFER SAWYER
6940 N JENSEN ST
LAS VEGAS, NV 89149
Email: jen61002@hotmail.com

1  NEVADA MJS TRUST
   6940 N JENSEN ST
2  LAS VEGAS, NV 89149

3
   THE PROPERTY LOCATED AT:
4  508 SETTING MOON STREET
   NORTH LAS VEGAS, NV 89084-1258
5

   ATD COMMERCE, LLC.
6  C/o US CORPORATE SOLUTIONS, LLC.
   2685 S. Rainbow Blvd., Suite 213
7  Las Vegas, NV 89146

8
   ACM NORTH, LLC.
9  C/o US CORPORATE SOLUTIONS, LLC.
   2685 S. Rainbow Blvd., Suite 213
10 Las Vegas, NV 89146

11
   MAS HOLDINGS GROUP, LLC.
12 C/o US CORPORATE SOLUTIONS, LLC.
   2685 S. Rainbow Blvd., Suite 213
13 Las Vegas, NV 89146

14
   SAWYER HOLDINGS, LLC.
15 C/o JEFFREY BURR, LTD.
   2600 Paseo Verde Pkwy., Suite 200
16 Henderson, NV 89074

17                                  */s/Ronald J. Hirsch*
                                    An Agent and/or Employee of E. BRENT BRYSON, LTD.
18

19

20

21

22

23

24

25

26

27

28

6

## DECLARATION OF E. BRENT BRYSON, ESQ.

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, E. BRENT BRYSON, ESQ., do hereby declare, under penalty of perjury under the laws of the State of Nevada, that the following statements are true and correct:

1. That Declarant is over the age of eighteen (18), is an attorney duly licensed to practice law in the State of Nevada and maintains offices at 375 E. Warm Springs Road, Suite 104, Las Vegas, NV 89119, is the attorney of record for the all Defendants in this action, and has personal knowledge as to the facts contained herein and will testify as to these facts if called upon to do so;

2. That this motion is brought because of Defendants' failure to communicate to this Counsel and for Defendants' failure to adequately retain this Counsel for this case;

3. That due to these circumstances, it is in the best interests of Defendants that they be allowed to find new counsel as soon as possible. Defendants have been informed of this Counsel's intent to withdraw as counsel in this matter;

4. That withdrawal can be accomplished without material adverse effect on the interests of the Defendants as the last pleading was filed on October 15, 2024, a Stipulated Discovery Plan and Scheduling Order [ECF No.: 29], with discovery cutoff set for March 10, 2025, and a joint pretrial order due by/on May 9, 2025;

5. That to the best of Declarant's knowledge and belief, the last known mailing address and email address at which all Defendants can be served with notice of further proceedings taken in this action are as follows:

MARK SAWYER
6940 N JENSEN ST
LAS VEGAS, NV 89149
Email: msawyer2729@yahoo.com

7

JENNIFER SAWYER
6940 N JENSEN ST
LAS VEGAS, NV 89149
Email: jen61002@hotmail.com

NEVADA MJS TRUST
6940 N JENSEN ST
LAS VEGAS, NV 89149

THE PROPERTY LOCATED AT:
508 SETTING MOON STREET
NORTH LAS VEGAS, NV 89084-1258

ATD COMMERCE, LLC.
C/o US CORPORATE SOLUTIONS, LLC.
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

ACM NORTH, LLC.
C/o US CORPORATE SOLUTIONS, LLC.
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

MAS HOLDINGS GROUP, LLC.
C/o US CORPORATE SOLUTIONS, LLC.
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

SAWYER HOLDINGS, LLC.
C/o JEFFREY BURR, LTD.
2600 Paseo Verde Pkwy., Suite 200
Henderson, NV 89074

6. That Declarant has served a copy of this Motion to all Defendants by placing the Motion in a sealed envelope, postage prepaid, and mailed via USPS to Defendants' last known address above in Paragraph 5;

7. That based upon the forgoing, Declarant respectfully requests leave to withdraw as counsel of record for all Defendants;

8. That Declarant has read the foregoing Motion to Withdraw as Counsel for All Defendants and knows the contents thereof, and that the same is true to the best of Declarant's

own knowledge except for those matters therein stated upon information and belief, and as for those matters, Declarant believes them to be true.

**FURTHER DECLARANT SAYETH NOT.**

DATED this 4th day of December, 2024.

/s/ E. Brent Bryson, Esq.
E. BRENT BRYSON, ESQ.

9