G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
**ALBRIGHT STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

Michael Machat, Esq.
California State Bar Number 109475
*Appearing pro hac vice*
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

Attorneys for Plaintiff
Sonia Feldman

## UNITED STATES DISTRICT

### DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FELDMAN, | Case Number: 2:24-cv-00526-JCM-MDC |
| Plaintiff, | **DECLARATION OF MICHAEL MACHAT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MARK ANTHONY SAWYER, ET AL, | |
| Defendants. | |

I, Michael Machat, do hereby declare and state that:

1. This declaration is based upon my own personal knowledge and if called to testify, I would testify as follows:

1. I am an attorney admitted to practice law in the States of California and New York, before the Ninth and Federal Circuit Courts of Appeals, and the United States Supreme Court. I am appearing pro hac vice in this case for Plaintiff.

2. I also represent Plaintiff in a case against Mark Sawyer in the Los Angeles Superior Court, case no 23STCV26012 in which the Court issued a judgment on August 19, 2024, against Mr. Sawyer in the amount of $3,149,689.67. A copy of this Judgment is attached as Exhibit S. On December 6, 2024, Judge Michael Shultz subsequently awarded Ms. Feldman $81,000 in attorneys fees. Exhibit T.

3. Prior to filing the lawsuit in the Los Angeles Superior Court, I wrote a demand letter to defendant Mark Anthony Sawyer dated October 3, 2017. A true copy is attached as Exhibit G. After filing the lawsuit, I sent a letter to Sawyer's California attorney, Na'il Benjamin, informing him his client was running a Ponzi Scheme and notifying him of an *ex parte* hearing for a right to attach order and a temporary protective order. Exhibit D. Mr. Benjamin appeared for Mr. Sawyer at this hearing. A temporary protective order was granted by Judge James C. Chalfant at this hearing, and ultimately Judge Chalfant granted the writ of attachment on March 28, 2024, and issued his ruling, a copy of which is attached as Exhibit U.

4. On October 17, 2023, Mr. Sawyer called my cellphone, and we spoke for a few minutes. He admitted he owed my client Sonia Feldman the amounts due on the past due promissory notes and he said that he would do his best to get the money to my client hopefully by the end of the week.

5. The following Monday, October 23, 2023, I again spoke to Mr. Sawyer. He had called me again on my cellphone. During this conversation he claimed that the banks, Chase and Wells Fargo were holding up his monies and put a hold on his account due to some criminal activity of others that had affected his account. He claimed that some people he did business with were arrested for money laundering and as a result his accounts were frozen, but they should be unfrozen soon. I asked him for the names of the people arrested. He claimed that was confidential. I explained if they were arrested then it is a matter of public record. So, I asked again if he would provide the names of the people. He declined to state their names.

Throughout the conversation he continued to acknowledge that he owed my client Ms. Feldman the money due on the notes (attached to Ms. Feldman's declaration as Exhibits E and F), and he explained he did not have the money to pay the notes because of the unlawful activity of others.

6. Prior to filing an action in the Los Angeles Superior Court against Mark Sawyer, Gaelen Whittemore also called my cellphone. He told me a similar story to Mr. Sawyer's story that as a result of the unlawful activity of others (money laundering he said), Mr. Sawyer's funds were frozen and he was unable to pay my client the money that was due. At no time did Mr. Whittemore deny that Mr. Sawyer owed Ms. Feldman the amounts due on the promissory notes. To the contrary, he admitted Mr. Sawyer owed even more if one were to add interest. Mr. Whittemore also admitted that he gets paid a three percent commission on money he brings to Mr. Sawyer.

7. I have reviewed Mr. Sawyer's website, www.masfinancing.com, various times since being retained to confirm the business entity he operates under. His website confirms he is in the money lending business, and he does so, not as a corporation, but as an individual. I have attached as Exhibit J, a printout from his website which I downloaded February 6, 2024, from www.masfinancing.com, confirming that he does business as an individual. I have also attached a copy of a check written from MAS Financing, bearing the same 1905 Otoole Way address in San Jose, written to defendant Mark Sawyer, further evidencing he does business under the dba MAS Financing. A copy of this check is attached as Exhibit K.

8. On January 8, 2024, I issued a *subpoena duces tecam* to JP Morgan Chase Bank seeking to trace the funds transferred over to him by Ms. Feldman. I have attached an excerpt from the documents produced by Chase, specifically the May 2021 Bank Statement. It is attached as Exhibit L

9. Exhibit L shows that on May 7, 2021, my client's check for $1,166,337.13 was deposited into Mr. Sawyer's bank account. Then the next day, May 8, 2021, the exhibit shows Mr. Sawyer used my client's funds to write a check to the Vegas Auto Gallery for $925,000. (See check number 454 in the Exhibit.)

10. On May 17, 2021, the records reflect Mr. Sawyer wrote check number 456 to the Vegas Auto Gallery, for $100,000.00. And in between, on May 14, 2021, Mr. Sawyer wrote a check for $125,000 to ATD. (Exhibit L)

11. I have also attached two other checks produced from the subpoena production showing Mr. Sawyer acquired an equity position in the Vegas Auto Gallery. One check is for $1 Million Dollars and another check is for $500,000. The back of the checks show that Vegas Auto Gallery is the dba of Haute Auto Group LLC. (Exhibit M.)

12. It appears that Exhibit L also shows on May 14, 2021 Mark Sawyer made a payroll payment of $10,763.04, and on May 28, 2021, he made a payroll payment of $11,166.42.

13. Neither Mr. Sawyer nor his lawyer have offered an explanation why Ms. Feldman's funds were paid to the Vegas Auto Gallery.

14. The documents produced from JP Morgan Chase reveal numerous checks written by Mr. Sawyer to the Vegas Auto Gallery. I have attached as Exhibit M three of these checks in the amounts of $1,000,000 and $500,000 and $200,000.

15. On January 17, 2024, I was contacted by attorney Chadwick Johnson regarding a similar matter he was involved in with defendant Mark Anthony Sawyer. Mr. Johnson shared with me various emails and text messages in which defendant Sawyer and his assistant Renee Dickinson acknowledge owing millions of dollars to others who loaned money for a bridge loan program and claiming that the money was tied up with the banks but would be released soon. I have attached as Exhibit N, an email from Mark Sawyer, sent by his assistant Renee Dickinson, claiming Mr. Sawyer will start paying $425,000 of the funds supposedly held up by the banks.

16. I have since spoken to Mr. Johnson on February 6, 2024, and I have been informed no funds were paid to him. Most recently on February 13, 2024, Mr. Johnson forwarded me an email written by Renee Dickinson, attached hereto as Exhibit O.

17. Exhibit O shows that again Mr. Sawyer has continued to claim his inability to pay his debts when due has been due to the illegal activity of others (as opposed to his own unlawful activity.)

18. Since filing the lawsuit in the Los Angeles Superior Court, I have been contacted by several other individuals who encountered similar experiences with Mr. Sawyer not paying the notes he signed when due. One such person is Lakisha R. Washington. She sent me a copy of a demand letter for payment sent to Mr. Sawyer via his assistant Renee Dickenson. Ms. Washington gave me permission to submit this letter. It is attached as Exhibit P.

19. Besides Mr. Johnson and Ms. Washington, I was also contacted by a car mechanic named Bryant Hu, who after reading the complaint in the Los Angeles case, which he found online from a google search for Mark Sawyer, stated he too was taken by Mr. Sawyer.

20. I was also contacted by attorney/broker Stephen S. Chang who also found the complaint online who told me he too, has a couple of clients who have had similar experience with Mark Sawyer. I have attached as Exhibit Q one of the emails from Mr. Chang.

21. Each victim and the emails from Mr. Sawyer's representatives recount a similar hard to believe story, that the banks have frozen his money, and he is dealing with bank regulations to untangle the situation.

22. I have been told by numerous victims that they have reported Mr. Sawyer to the FBI and the police in San Jose, where Sawyer was licensed, even though he lives in Las Vegas and has lived in Las Vegas since at least January 2021, as reflected on his Nevada Driver's license, a copy is attached as Exhibit V.

23. Mr. Sawyer's victims have been from all sorts of life, from property developers to doctors, to schoolteachers, car mechanics, the elderly, and anyone with spare money, or in many cases, retirement assets. He fraudulent promises his investors an impossible return on their investments. The victims I have spoken to include Lakeesha Washington, Stephen Chang, Chadwick Johnson, Ana Arriaga, Asra Rahman-Firer, Charles and Robin Wood, and many many others. None of the victims have done the math prior to investing and/or were too naïve to understand the incredible returns Sawyer promised year over year was simply mathematically impossible.

24. Below is a list of lawsuits pending in the San Jose, California branch of the Santa

Clara County Courthouse where Sawyer has been sued for fraud and breach of contract among other claims stemming out of his Ponzi Scheme.

| Case Number | Case Style | Filing Date |
|---|---|---|
| 24CV454757 | Clyde Berg et al vs Mark Sawyer et al | 12/23/24 |
| 24CV446394 | MAHESH JAMMALAMADAKA et al vs MARK SAWYER et al | 8/30/24 |
| 24CV443476 | Osprey Investment, Inc. vs Mark Sawyer as trustee of the Nevada MSJ Trust et al | 7/18/24 |
| 24CV441174 | John Mendonca vs Mark Sawyer et al | 6/13/24 |
| 24CV440547 | Shannon Baker Lopez et al vs Mark Sawyer et al | 6/4/24 |
| 24CV439988 | Glackin LLC vs Mark Sawyer et al | 5/28/24 |
| 24CV438771 | Danai Kietikul vs Mark Sawyer | 5/9/24 |
| 24CV437962 | Matthew Courtney vs Mark Sawyer et al | 5/2/24 |
| 24CV435888 | Dakendrick Goodman et al vs GOOGLE LLC | 4/15/24 |
| 24CV432850 | Thomas Cardinale vs Mark Sawyer et al | 3/11/24 |

25. Some of these lawsuits have multiple plaintiffs, and the second one above is a class action lawsuit.

27. In the Northern District of California, a default judgment was issued against Mark Sawyer in Case No. 5:24-cv-01749-BLF entitled *Thayer v. Sawyer*. And finally, in the case of *Johnson v. D3 Investments, et al*, filed in this Court, Case No. 2:24-cv-00372-RFB-EJY, the Plaintiffs there alleged D3 Investments and Charles Duncan were feeders for Sawyer who took approximately $300,000 from them, and the defendants filed a cross-complaint against Mr. Sawyer saying they too were duped by Sawyer. Sawyer's attorney Brent Bryson's request to withdraw from that case was granted December 19, 2024, a day before his motion to withdraw from this case was granted.

28. On December 4, 2024, I sent a document production request to defendants' attorney at the time, Brent Bryson. Amongst the categories of documents requested were:

>  25. Documents sufficient to show that You used the loan proceeds you received from Plaintiff for the intended purpose of making a bridge loan.
>  26. Documents sufficient to show that You used the loan proceeds you received from any person or company since 2021 for the intended purpose of making a bridge loan.

No such documents were provided.

29. On December 19, 2024, Plaintiff propounded Requests For Admissions ("RFA") to defendant Mark Sawyer, a set of Requests for Admissions ("RFA") to defendant Jennifer Sawyer, and a set of interrogatories to each of them by sending each of the documents to them personally via the US Mail, via their email and to their attorney of record at the time, Brent Bryson. A copy of the email with the Requests for Admissions is attached as Exhibit W, and the Requests for Admissions are attached as Exhibits X, and Y.

*30.* Prior to Mr. Bryson's request to withdraw as attorney was granted, on December 17, 2024, Mr. Bryson and I had a conversation over the telephone. He told me that he would inform the Sawyers that they need to respond to the discovery requests, including their deficient production of documents.

31. Neither Mark Sawyer nor Jennifer Sawyer responded to the Requests for Admission nor to any of the other discovery requests. They just ignored them.

32. Meanwhile, in January of this year, the California Commissioner of Financial Protection and Innovation filed two actions to revoke Mark Sawyer's Financing License and his Mortgage loan originator license. There was no response, and the Court issued Orders revoking the licenses. A copy of these orders and accusations are attached as Exhibits Z1, Z2, Z3, and Z4.

33. The accusation to revoke the financing license noted,

*"MAS Financing[1] reported $6,844,980 in total assets on its 2023 annual report, while its unaudited balance sheet reflected total assets of $252,833, and its bank statement only reflected $2,064 in cash as of December 31, 2023."* (Page 3, ¶8 of Exhibit Z1.)

34. Since Ms. Feldman obtained her judgment, Mr. Sawyer has changed his story and I have been told by several of his victims that Ms. Feldman has frozen his accounts and is therefore unable to pay, but he is able to take in money for more bridge loans while his accounts are frozen. Incredibly, I have learned that Mr. Sawyer is continuing with his wrongful behavior. He appears to have no shame.

---

[1] MAS Financing is a dba of Mark Sawyer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 5, 2025

*Michael Machat*
Michael Machat