# EXHIBIT C

```
SONIA MALKA FELDMAN                             90-7162
6917 WILLOUGHBY AVE., APT. 3                     3222  41016                    221
WEST HOLLYWOOD, CA 90038-2302
                                                  DATE 5/5/21

PAY TO THE
ORDER OF   Mark Sawyer                                      $ 1,166,337.13

One million one hundred sixty six thousand three hundred thirty seven dollars and 13/100

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Bridge Loan.                                       [signature]

⑆322271627⑆     858832715⑈ 0221
```

CREDITED TO ACCOUNT OF WITHIN NAMED PAYEE FOR DEPOSIT ONLY JPMorgan Chase Bank, N.A.