# EXHIBIT D



**From:** MICHAEL MACHAT mmachat@mac.com
**Subject:** Re: UPDATE ---- Now Dept: 85 ---- Re: Feldman v. Sawyer, et. al. - ex parte notice of request for right to attach order and order for issuance of writ of attachment
**Date:** February 15, 2024 at 4:08 PM
**To:** Na'il Benjamin NBenjamin@benjaminlawgroup.com
**Cc:** Machatlaw michael@machatlaw.com, William Gaspe (2) wgaspe@benjaminlawgroup.com

Hi Na'il,

It turns out that Dept 40 is the wrong department for this motion. I've been instructed to refile in Dept 85. So I will resend the same documents with the only change being the department number.

So, please note that on Tuesday morning, February 20, 2024, at 8:30, I will be going into Department 85 of the LA Superior Court located at 111 N. Hill Street, LA, CA 90012, *ex parte*, and request a right to attach order and the issuance of a writ of attachment against Mark Sawyer for the money he owes Sonia Feldman on the past due promissory notes. Please let him know. We are not asking for one against the Whittemores at this time - just Mr. Sawyer.

In the alternative we will be asking for a temporary protective order preventing him from transferring his cars, property and other assets. The matter has become urgent as it has become increasingly clear that your client is insolvent and has engaged in a massive Ponzi scheme which he has attempted to brush over with ridiculous lies.

I will email you the application and supporting documents later today. Please let me know if you intend to appear and/or oppose the *ex parte* request. Thank you.

Best regards,

Michael Machat

---

On Feb 15, 2024, at 10:57 AM, MICHAEL MACHAT <mmachat@mac.com> wrote:

Good morning Na'il,

I'm writing to inform you that on **Tuesday morning, February 20, 2024, at 8:30,** I will be going into Department 40 of the LA Superior Court located at 111 N. Hill Street, LA, CA 90012,*ex parte*, and request a right to attach order and the issuance of a writ of attachment against Mark Sawyer for the money he owes Sonia Feldman on the past due promissory notes. Please let him know. We are not asking for one against the Whittemores at this time - just Mr. Sawyer.

In the alternative we will be asking for a temporary protective order preventing him from transferring his cars, property and other assets. The matter has become urgent as it has become increasingly clear that your client is insolvent and has engaged in a massive Ponzi scheme which he has attempted to brush over with ridiculous lies.

I will email you the application and supporting documents later today. Please let me know if you intend to appear and/or oppose the *ex parte* request. Thank you.

know if you intend to appear and/or oppose the ex parte request. Thank you.

Best regards,

Michael Machat

Michael Machat
Machat & Associates, PC
8730 Sunset Blvd., Ste. 250
W. Hollywood, CA 90069
Tel: (310) 860-1833
Cell: (213) 840-6725

Roundcube Webmail :: Re: Feldman v. Sawyer, et. al. - ex parte notice o...for right to attach order and order for issuance of writ of attachme...	2/14/24, 3:17 PM

Case 2:24-cv-00526-JCM-MDC    Document 37-6    Filed 03/06/25    Page 4 of 4

| | |
|---|---|
| Subject | Re: Feldman v. Sawyer, et. al. – ex parte notice of request for right to attach order and order for issuance of writ of attachment |
| From | Na'il Benjamin <NBenjamin@benjaminlawgroup.com> |
| To | Machatlaw <michael@machatlaw.com> |
| Cc | William Gaspe (2) <wgaspe@benjaminlawgroup.com>, Michael Machat <mmachat@mac.com> |
| Date | 2024-02-14 08:55 |

Michael, I expect Mark will want to oppose this so that will be my plan unless instructed otherwise.

Best regards,

Na'il Benjamin, Esq.
Managing Partner
Benjamin Law Group, P.C.
1290 B Street, Suite 301
Hayward, CA 94541
(510) 897-9966
Hayward | San Francisco | Los Angeles
www.BenjaminLawGroup.com

  

**From:** Machatlaw <michael@machatlaw.com>
**Sent:** Wednesday, February 14, 2024 7:36 AM
**To:** Na'il Benjamin <NBenjamin@benjaminlawgroup.com>
**Cc:** William Gaspe (2) <wgaspe@benjaminlawgroup.com>; Michael Machat <mmachat@mac.com>
**Subject:** Re: Feldman v. Sawyer, et. al. - ex parte notice of request for right to attach order and order for issuance of writ of attachment

Good morning Na'il,

I'm writing to inform you that on Friday morning, February 16, 2024, at 8:30, I will be  going into Department 40 of the LA Superior Court located at 111 N. Hill Street, LA, CA 90012, *ex parte*, and request a right to attach order and
the issuance of a writ of attachment against Mark Sawyer for the money
he owes Sonia Feldman on the past due promissory notes.   Please let
him know.   We are not asking for one against the Whittemores at this
time – just Mr. Sawyer.

In the alternative we will be asking for a temporary protective order preventing him from transferring his cars, property and other assets.  The matter has become urgent as it has become increasingly clear that your client is insolvent and has engaged in a massive Ponzi scheme which he has attempted to brush over with ridiculous lies.

I will email you the application and supporting documents tomorrow morning when completed.  Please let me know if you intend to appear and/or oppose the *ex parte* request. Thank you.

Best regards,
Michael Machat

Michael Machat
Machat & Associates, PC
8730 Sunset Blvd., Ste. 250
W. Hollywood, CA 90069
Tel: (310) 860-1833
Cell: (213) 840-6725

Sent from my iPhone

> On Feb 12, 2024, at 6:05PM, Na'il Benjamin <NBenjamin@benjaminlawgroup.com> wrote:
>
> Will do.
>
>
> Best regards,
>
> Na'il Benjamin, Esq.