# EXHIBIT G

## Machat & Associates, PC

8730 Sunset Blvd., Ste. 250
W. Hollywood, CA 90069
www.machatlaw.com
michael@machatlaw.com
Tel: (310) 860-1833

October 3, 2023

Mark A. Sawyer
1905 Otoole Way
San Jose, CA 95131

Via US Mail and email:
Info@masfinancing.com and
Msawyer2729@yahoo.com

Re: Notice of default of promissory notes and demand for payment

Dear Mr. Sawyer,

I represent Sonia Feldman. I am writing regarding a series of promissory notes you signed evidencing loans made by my client to you personally. What started out as a loan to you for $1.2 million dollars, to be used by you for offering bridge loans to others, has ballooned to approximately $3 million dollars. For reference, I am attaching just two of the promissory notes signed by you.

On the note dated March 10, 2023, you promised to pay my client the sum of $2,812,595.14 on June 10, 2023, without further notice, demand or invoice.

Similarly, on the note dated February 17, 2023, you promised to pay my client the sum of $24,740.24 on May 22, 2023, without further notice, demand, or invoice from my client. This date too has come and gone.

These were short term loans, and now my client wants you to pay the full amount you promised to pay her when she loaned you the money. She has been asking your two associates Gaelen Whittemore and Domino Whittemore, for her money since July, and you have failed to respond. Instead, my client has been given the run-around.

Ms. Feldman would have called you personally, but both Gaelen and Domino are keeping your phone number a secret and giving nonsensical answers to questions about her money,

- 1 -

- 2 -

which suggests you do not have the money and that you have unlawfully been living off it. So, Ms. Feldman has hired me to collect her money.

Therefore, on behalf of my client, I hereby demand that you pay via wire transfer or a cashier's check, the full amount due of $2,812,595.00 on one note and the full amount due of $24,740.24 on the other note, with interest on or before October 10, 2023. For your convenience we will send a messenger to your office to collect the check.

Should you fail to make payment on or before October 10, 2023, then we may file a lawsuit asking the courts for assistance to recover these monies with no further warning.

I look forward to your prompt response. Thank you.

Yours truly,

Michael Machat


cc: Client
Enclosures