# EXHIBIT H



All Inboxes        2 Messages

renee.dickenson@sbcglobal.net

**RD**  **Renee Dickenson**                Yesterday
To: Renee, Morpheus, Marie & 25 more... >

## Bridge update - 091923

Dear Lenders,

Thank you for being so patient! This is a trying time for all of us, but the past week has brought positive developments:

- The authorities have filed charges against those responsible and under investigation over the past months. Please understand that there can be no details disclosed to us other than that. In light of that, we are asking you all to be calm and patient while they are moving forward so that a resolution for the rest of us is possible without any additional delays.

Appreciate you patience.

Renee Dickenson
MAS Financing
408-943-4911 (office)
408-943-4927 (fax)

"This message, and any attachment(s) hereto, may contain confidential and/or proprietary information, which is the property of MAS FINANCING and is intended for the person to whom or entity to which it was originally addressed. Any use by others is strictly prohibited. If you