# EXHIBIT I

12:55

< All Inboxes

Found in Gmail Inbox

**Siri Found an Email**
Renee Dickenson
renee.dickenson@sbcglobal.net    Update   ✕

**Renee Dickenson**                9:51 AM
To: Renee, Morpheus, Marie & 25 more... >

## Bridge update 9/11/23 - pls forward to your groups

Dear Lenders,

As many of you are aware, Mark has been sick. While he's doing his best to get better, him not being well has obviously caused some delays.

However, despite above mentioned, he has important meetings scheduled that may result in good news. We, especially Mark, are cautiously excited but want to see action and not hear empty promises; therefore, please give us this week to see what transpires.

Sincere well wishes for his speedy recovery are appreciated.

Renee Dickenson
MAS Financing
408-943-4911 (office)
408-943-4927 (fax)