# EXHIBIT J

FOR FREE CONSULTATION
CALL US: **408-943-4911**

HOME    PURCHASE    REFINANCE    LOAN TYPES    CALCULATORS    INFO    ABOUT US    APPLY NOW

# Get a No-Obligation Rate and Closing Cost Analysis!

Choose Your Option


Purchase


Refinance


Refinance cash out

## DON'T WAIT!
## FIND OUT ABOUT YOUR OPTIONS TODAY!

**It's a great time to purchase a new home or refinance your existing loan.**

MAS Financing serves the needs of the homeowners, investors, and developers. No deal is too large or small. Our knowledgeable, trained, and friendly staff are ready and willing to assist you.

**We "GET IT DONE" for our clients.**

Call Us! 408-943-4911    or    Get Pre-Qualified!

## WHAT WE OFFER

- Great customer service

FOR FREE CONSULTATION
CALL US: 408-943-4911

## Superior loans and mortgages

We work with multiple lenders and we can provide our clients with extremely competitive pricing. Now you can do all your comparison shopping with one company without wasting time with several banks or brokers.

## Clients come first

We make sure our clients get the best support from our staff. We will walk you through the whole mortgage process and ensure your transactions close smoothly.



## Mortgage Resources

We have put together some helpful information and mortgage calculators to help answer any questions you might have.



### Compare Loans

Our complete list of loans along with their detailed description will help you decide which loan is good for you.

Compare Loans



### Calculators

We have put together some calculators to help you make sense of the numbers.

Calculators



### Questions & Answers

Here we tried to answer the most important questions you may have. For more answers call 408-943-4911.

Learn More

## CUSTOMER REVIEWS



"I wanted to let you know how impressed I was with the job everyone did at your company. I have refinanced several times in the past and usually pick the company that has the lowest rates. Of course I did the same when I chose your company. However, this time I received great service to go with the low rate."

*Mary & Tom R.*

FOR FREE CONSULTATION
CALL US: 408-943-4911

## RESOURCES

PURCHASE
REFINANCE
GET PRE-APPROVED
LOAN PRODUCTS
CALCULATORS

## OUR INFO

CONTACT US
ABOUT US
PRIVACY POLICY
LEGAL DISCLAIMER
ACCESSIBILITY

## MAS FINANCING

NMLS# 257417
Phone: 408-943-4911
Fax: 408-521-0687
info@masfinancing.com
Address: 1905 O' Toole Way
San Jose, CA 95131



NMLS CONSUMER ACCESS
Copyright ©MAS Financing 2024. All Rights Reserved.
ADMIN CP | 1003 CP | WEBMAIL