# EXHIBIT K

**MAS Financing**
1905 Otoole Way
San Jose, Ca. 95131

90-7162/3222

1476

Date 6/17/22

Pay to the order of  Mark Sawyer   $ 12,000.00

Twelve thousand + 00/100 —————————— dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

for Cedarbrook

⑆322271627⑆ 8⑇⑉⑆⑈ 1476

JPMorganChaseBank 061708 745663 946640057907

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

ENDORSE HERE