# EXHIBIT L



CHASE PRIVATE CLIENT
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2021 through May 28, 2021
Account Number: 00000[redacted]464

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00137463 DRE 703 143 14921 NNNNNNNNNNN T 1 000000000 69 0000
MARK A SAWYER
6940 N JENSEN ST
LAS VEGAS NV 89149

## CHECKING SUMMARY

Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$65,619.24** |
| Deposits and Additions | 1,430,928.75 |
| Checks Paid | -1,159,170.09 |
| ATM & Debit Card Withdrawals | -116.83 |
| Electronic Withdrawals | -221,098.38 |
| **Ending Balance** | **$116,162.69** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $2.10 |
| Interest Paid Year-to-Date | $9.88 |

The monthly service fee for this account was waived as an added feature of Chase Platinum Business Checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 56 ^ | 05/17 | $100,518.18 |
| 412 * ^ | 05/17 | 125,000.00 |
| 413 ^ | 05/19 | 4,226.91 |
| 453 * ^ | 05/03 | 4,400.00 |
| 454 ^ | 05/10 | 925,000.00 |
| 457 * ^ | 05/24 | 25.00 |
| **Total Checks Paid** | | **$1,159,170.09** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

CHASE PRIVATE CLIENT

May 01, 2021 through May 28, 2021
Account Number: [redacted]

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$65,619.24** |
| 05/03 | Online Transfer From Chk ...3055 Transaction#: 11700970431 | **100,000.00** | 165,619.24 |
| 05/03 | Check # 453 | -4,400.00 | 161,219.24 |
| 05/03 | 05/03 Payment To Chase Card Ending IN 2406 | -13,493.00 | 147,726.24 |
| 05/05 | Signature Fin Auth Pmt 119695 Tel ID: 2134149421 | -15,000.00 | 132,726.24 |
| 05/05 | 05/05 Online Payment 11714839690 To Discover Card | -1,960.00 | 130,766.24 |
| 05/05 | 05/05 Online Realtime Transfer To Namalay 2568 Transaction#: 11716136780 Reference#: 1716136780Rx | -6,030.00 | 124,736.24 |
| 05/06 | Cash Redemption | **42.43** | 124,778.67 |
| 05/06 | 05/06 Payment To Chase Card Ending IN 8019 | -12,500.00 | 112,278.67 |
| 05/07 | Deposit | **1,166,337.13** | 1,278,615.80 |
| 05/07 | Deposit | **1,507.50** | 1,280,123.30 |
| 05/07 | Smg Extol Direct Dep PPD ID: 9111111101 | **2,487.68** | 1,282,610.98 |
| 05/10 | 05/10 Online Transfer To Chk ...3172 Transaction#: 11746971904 | -100,000.00 | 1,182,610.98 |
| 05/10 | 05/10 Payment To Chase Card Ending IN 2406 | -10,620.00 | 1,171,990.98 |
| 05/10 | Check # 454 | -925,000.00 | 246,990.98 |
| 05/13 | 05/13 Online Transfer To Chk ...7539 Transaction#: 11767255557 | -20,000.00 | 226,990.98 |
| 05/14 | Haute Auto 8588 Payroll PPD ID: 2475552508 | **10,763.04** | 237,754.02 |
| 05/14 | Bamf Global Tech Direct Dep PPD ID: 9111111101 | **7,842.25** | 245,596.27 |
| 05/14 | Jabm Enterprises Direct Dep PPD ID: 9111111101 | **1,949.01** | 247,545.28 |
| 05/17 | Online Transfer From Chk ...3055 Transaction#: 11794734533 | **100,000.00** | 347,545.28 |
| 05/17 | 05/15 Payment To Chase Card Ending IN 2406 | -770.38 | 346,774.90 |
| 05/17 | Recurring Card Purchase 05/15 Netflix.Com Netflix.Com CA Card 6432 | -13.99 | 346,760.91 |
| 05/17 | 05/17 Payment To Chase Card Ending IN 2406 | -4,425.00 | 342,335.91 |
| 05/17 | Check # 412 | -125,000.00 | 217,335.91 |
| 05/17 | Check # 56 | -100,518.18 | 116,817.73 |
| 05/18 | Houses And Then ACH PPD ID: 5330903620 | **1,043.50** | 117,861.23 |
| 05/19 | Deposit 3740011270 | **25,000.00** | 142,861.23 |
| 05/19 | Check # 413 | -4,226.91 | 138,634.32 |
| 05/20 | 05/20 Payment To Chase Card Ending IN 2406 | -5,000.00 | 133,634.32 |
| 05/21 | Smg Extol Direct Dep PPD ID: 9111111101 | **2,487.69** | 136,122.01 |
| 05/21 | Online Transfer From Chk ...3055 Transaction#: 11617466772 | **300.00** | 136,422.01 |
| 05/21 | Recurring Card Purchase 05/20 Icm*Instantcheckmate.C 866-4905980 CA Card 6432 | -59.16 | 136,362.85 |
| 05/24 | 05/22 Payment To Chase Card Ending IN 2406 | -3,700.00 | 132,662.85 |
| 05/24 | Recurring Card Purchase 05/22 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 6432 | -43.68 | 132,619.17 |
| 05/24 | Check # 457 | -25.00 | 132,594.17 |
| 05/25 | 05/25 Payment To Chase Card Ending IN 2406 | -2,000.00 | 130,594.17 |
| 05/26 | Zelle Payment To Michelle Cooper 11848835189 | -1,000.00 | 129,594.17 |
| 05/28 | Haute Auto 8588 Payroll PPD ID: 2475552508 | **11,166.42** | 140,760.59 |
| 05/28 | 05/28 Payment To Chase Card Ending IN 2406 | -4,400.00 | 136,360.59 |
| 05/28 | 05/28 Online Transfer 11859265805 To Mas Hold 2 ######3003 Transaction #: 11859265805 | -10,000.00 | 126,360.59 |
| 05/28 | 05/28 Online Transfer To Chk ...7539 Transaction#: 11859299259 | -10,000.00 | 116,360.59 |
| 05/28 | 05/28 Online Payment 11665961015 To Discover Card | -200.00 | 116,160.59 |
| 05/28 | Interest Payment | **2.10** | 116,162.69 |
| | **Ending Balance** | | **$116,162.69** |

CHASE PRIVATE CLIENT

May 01, 2021 through May 28, 2021
Account Number: 00000[REDACTED]464

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

JPMorgan Chase Bank, N.A. Member FDIC





May 01, 2021 through May 28, 2021
Account Number: 0000[redacted]

This Page Intentionally Left Blank

Page 4 of 4

MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

80402

90-7162/3222

453

DATE 4-30-21

PAY TO THE ORDER OF James Gibbs $ 4400.—

Forty Four Hundred —— 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Saint & Swing report

⑆322271627⑆ [redacted] 4⑈0453

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

Silver State Schools CU
>322484265<
4/30/2021 4:33 PM
17 779100000046448

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

DEPOSIT TICKET

MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

DATE 5/7/21
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

[ ] CASH
90-7162/3222

LTWS (Ramalay) 1,507.50

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$ 1,507.50

⑆570301022⑆ 3[illegible]⑈

CHECKS LIST SINGLY

TOTAL $

DOLLARS

CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| x | 1 |
|---|---|
| x | 2 |
| x | 5 |
| x | 10 |
| x | 20 |
| x | 50 |
| x | 100 |

LIGHT THE WAY SOLUTIONS LLC
3602 THORNTON AVE STE 19
FREMONT, CA 94538-7400

8792

DATE 5/4/2021 90/7162

PAY TO THE ORDER OF Mark Sawyer $ 1507.50

One thousand five hundred seven & 50/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Namalay: May 20% profit

⑆322271627⑆ 83555 [redacted]

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, NA
MOBILE DEPOSIT

MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

DATE 5/7/21
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

CASH
90-7162/3222

Sonia 1,166,337.13
(BL)

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$ 1,166,337.13

⑆570301022⑆ [redacted]

CHECKS LIST SINGLY

TOTAL

DOLLARS

CENTS

CURRENCY COUNT - FOR FINANCIAL INSTITUTION USE ONLY

| | |
|---|---|
| x | 1 |
| x | 2 |
| x | 5 |
| x | 10 |
| x | 20 |
| x | 50 |
| x | 100 |
| $ | |

SONIA MALKA FELDMAN
6917 WILLOUGHBY AVE., APT. 3
WEST HOLLYWOOD, CA 90038-2302

90-7162/3222 41016

221

DATE 5/5/21

PAY TO THE ORDER OF Mark Sawyer $ 1,166,337.13

One million one hundred sixty six thousand three hundred thirty seven dollars and 13

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Bridge Loan.

⑆322271627⑆ [illegible] 0221

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

454

DATE 05/08/2021

PAY TO THE ORDER OF Vegas Auto Gallery $ 925,000.-

Nine Hundred Twenty Five Thousand — 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Somma

⑆322271627⑆ 341165564[illegible]454

ENDORSE HERE
For Deposit Only to
Haute Auto Group LLC
Haute Auto Group LLC DBA Vegas A
Master
Deposited by: SP

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Seq: 1
Dep: 001368
Date: 05/10/21

The security features listed below, as well as those not listed, exceed industry guidelines.

RS-52

Security Features: / Results of document alteration:
- MicroPrint Line — MP Small type in line appears as dotted line when photocopied
- Chemically Sensitive Paper — Stains or spots may appear with chemical alteration
- Security Screen — Absence of "Original Document" verbiage on back of check

MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

456

DATE 5-17-21

PAY TO THE ORDER OF Vegas Auto Gallery $ 100,518.18

One Hundred Thousand Five Hundred Eighteen - 18/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Taxes + Reg.

⑆322271627⑆

For Deposit Only to
Haute Auto Group LLC
Haute Auto Group LLC DBA Vegas A
Master
Deposited by: ME

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ★

Seq: 1
Dep: 001382
Date: 05/17/21

*The security features listed below, as well as those not listed, exceed industry guidelines.*

| Security Features: | Results of document alteration: |
| --- | --- |
| MicroPrint Line | • MP Small type in line appears as dotted line when photocopied |
| Chemically Sensitive Paper | • Stains or spots may appear with chemical alteration |
| Security Screen | • Absence of "Original Document" verbiage on back of check |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

412

DATE 5/14/21

PAY TO THE ORDER OF ATD $ 125,000.00

One Hundred twenty-five thousand + 00/100 DOLLARS

**CHASE**

JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO ATY

⑆322271627⑆

JPMorgan Chase Bank 051701 115445 953360043026

ENDORSE HERE

CREDITED TO ACCOUNT OF WITHIN NAMED PAYEE FOR DEPOSIT ONLY

JPMorgan Chase Bank, N.A.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

*The security features listed below, as well as those not listed, exceed industry guidelines*

**Security Features** — **Results of document alteration.**
- MicroPrint Line — MP Small type in line appears as dotted line when photocopied
- Chemically Sensitive Paper — Stains or spots may appear with chemical alteration
- Security Screen — Absence of "Original Document" verbiage on back of check

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

413

DATE 5/17/21

PAY TO THE ORDER OF Parc Enterprises, Inc $ 4,226.91

Forty two thousand twenty six + 91/100 DOLLARS

CHASE

JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO ATD apparel Proj #7657-Inv 1030-300858

⑆322271627⑆ 3[redacted]⑈0413

ENDORSE HERE

Parc Enterprises Inc

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features: Results of document alteration:

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Electronic Ticket

# EDeposit

**Business Date: 05/19/2021 Calendar Date: 05/19/2021 Time: 4:29 PM**

**Customer Name: MARK A SAWYER**

PIN CODE AUTHORIZED

**DIN:** 953740011270 **Amount:** $25000.00

**AUX** 3740011270 **RT** 500001020 **AN** [redacted] **TC**

NADEEM Z DOSSA

572

94-7074/3212 3801

May/19/2021 Date

Pay to the Order of Mark SAWyer $ 25,000

Twenty five Thousand dollars —xx Dollars

Photo Safe Deposit® Details on back

WELLS FARGO

Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

For Loan 95 day

⑆321270742⑆ [illegible]⑈ 00572

JPMorganChaseBank 051906 119183 953740011344

PB15117516

MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

457

DATE 5-20-21

PAY TO THE ORDER OF County Clerk $ 25.—

Twenty Five —— 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO FFN - Obsidian

⑆322271627⑆ 0457

ENDORSE HERE

DEPOSIT ONLY - COUNTY C...

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

LAS VEGAS 20210524 00126

Security Features Results of document alteration

FEDERAL RESERVE BOARD OF GOVERNORS REG CC