# EXHIBIT M



**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

80-7182
3222    41322

247

DATE 3-30-18

PAY TO THE ORDER OF   Vegas Auto Gallery         | $500,000.—

Five Hundred Thousand —————— %00   DOLLARS

CHASE ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈3222716271⑈    344785546W0247

---

Seq: 85
Batch: 624725
Date: 03/30/18

Seq:00085 03/30/18
BAT:624725 CC:3360007667
WT:01 LTPS:Dallas PT
BC:Tropicana/Decatur BC NV1-

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Deposit 4 cond
Vegas
5010 22335 917
Auto Gallery

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Security Features.
The security features listed below as well as those
not listed exceed industry guidelines.
Results of document alteration:

Chemically Selective Paper • Stains or spots may appear with
chemical alteration.
• Absence of Original Document
wording on back of check

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

305

DATE 06-17-2020

PAY TO THE
ORDER OF _Vegas Auto Gallery_    $ 1,000,000.—

_One Million_    00/100 DOLLARS

CHASE ◻
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _Steven's Contribution_

⑈:322271627⑈:    31⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ "0305

Seq: 1
Dep: 000809
Date: 06/16/20

For Deposit Only to
Haute Auto Group LLC
Haute Auto Group LLC
Haute Auto Group LLC DBA Vegas A
Master
Deposited by:

DEPOSITED BY:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DATE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Security Screen
Chemically Sensitive Paper
MicroPrint Line
Security Features:

Results of document alteration:
• MP Small type in line appears
  as dotted line when photocopied
• Stains or spots may appear with
  chemical alteration
• Absence of "Original Document"
  verbiage on back of check

The security features listed below, as well as those
not listed, exceed industry guidelines.



MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

430

DATE 11-7-2020

PAY TO THE
ORDER OF    Vegas Auto Gallery    $ 200,000-

Two Hundred Thousand —00/00    DOLLARS

CHASE ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Bentty + SLS

⑆322271627⑆    34⑆0430

Seq: 1
Dep: 001029
Date: 11/09/20

For Deposit Only to
Haute Auto Group LLC
Haute Auto Group LLC
Haute Auto Group LLC DBA Vegas A
Master
Deposited by: