# EXHIBIT N

disseminate funds now that the funds are being released.

Charles and Danielle

---------- Forwarded message ---------
From: **Renee Dickenson** <renee.dickenson@sbcglobal.net>
Date: Wed, Jan 17, 2024 at 1:46 PM
Subject: Bridge update 01/17/24

1/17/24

To All Leaders:

The final daily number is $425k.

The release of funds to my account is **expected** to begin this evening.

I will begin to distribute funds 24 to 48 hours **after funds release is received** to MY account.

Payout schedule will be based on submissions received from all group leaders.

Payouts will be issued Monday through Friday unless there is a recognized Holiday.

Mark


**Leaders: Please send Renee and cc: Mark your updated payout lists asap.
List should include payout instructions - bank name, acct # or mailing address**
and pls delete this instruction before sending out update to your group.  Only send
above update to your group.  Thanks.