# EXHIBIT P

| | |
|---|---|
| Subject | **Demand Letter for Payment _ Lender_ Lakisha Washington** |
| From | Washington, Lakisha <walakish@amazon.com> |
| To | Renee Dickenson <renee.dickenson@sbcglobal.net> |
| Cc | michael@machatlaw.com <michael@machatlaw.com>, lakisha.washington@me.com <lakisha.washington@me.com> |
| Date | 2024-02-13 17:41 |

- California Demand Letter for Payment.pdf (~53 KB)

Hello Renee,

Please see attached Demand Letter for Payment.



### Lakisha Washington
Sr. Full Life Cycle Recruiter | WW Sustainability | AWS TA
E: walakish@amazon.com
About Amazon  |  LinkedIn  |  Facebook  |  Instagram  |  Twitter

**Schedule Time on Lakisha's Calendar**
**Sustainability Open Roles**

**About Sustainability**

**Sustainability Workplace Landscape**

# DEMAND LETTER FOR PAYMENT

Lakisha R. Washington
510-432-6383
lakisha.washington@me.com


Date February 13 2024


**THIS IS AN ATTEMPT TO COLLECT A DEBT.**


Dear Mark Anthony Sawyer, dba ACM ,

You currently have an outstanding balance in the amount of $222,067.00 with Lakisha R. Washington. The reason for the debt is described as follows:
On June 17, 2022, I Lakisha R. Washington (Lender) submitted a $100,000 payment to Mark Sawyer and deposited into JP Morgan Bank account – 061706 11547 9547400 24784. These funds were deposited to participate in the Bridge Loan Opportunity.

To date, the initial funds of $100,000 submitted to the bridge loan program has rolled over for a total of eighteen (18) months. As of February 10th, 2024. These funds have earned an interest amount of $122,067. I (Lakisha R. Washington) have taken out zero-dollar ($0.00) amount of withdraws against the initial funds deposited in the program. The total sum total amount owned to is $222,067 from Mark Anthony Sawyer to Lakisha R. Washington.

Bridge Loan Program Details:
Per Mark Sawyer, he would use said funds to loan out to borrowers that were in need of quick funding. The funds would be loaned out on a 90-day term with interest rates that range from 25% to 10%, to be earned by the lender (Lakisha R Washington) while participating in the program.
The earned interest could be paid out in two pays 1/at the end of the 90-day term via cashier's check or bank wire. 2/ The lender could roll over the new amount to earn even greater interest into a new 90-day loan. Based on the encouragement of other close friends in the program, it was advantageous to continue the roll over for maximum investment payouts. 3/If withdrawals were needed, a lender could submit a request to receive funds.
Mark Sawyer stated he would secure the loan to the borrower's real estate (personal or commercial) to mitigate risk of default. Mark further explained, he would only approve borrowers that had a 30% loan to value or less on the security instrument. With this understanding, believed this opportunity was safe. Mr. Sawyer also shared he'd never had a loan default from a borrower, and he'd never defaulted on a note to a lender.

Dates of Communication:
December 7th. 2023: Lakisha reached out to Mark Sawyer through his administrative assistant Renee Dickenson, and asked for an updated note, and inquired on the process of taking out a withdrawal.

December 11th 2023: Renee Dickenson provided an updated note, and responded that "since there were issues with the bank, and the funds were on hold, the notes have been on automatically renewed until the funds are released from the bank" Note: This was my first-time hearing of such defects in the Bridge Loan Program.

December 31st, 2023: Lakisha requested not to renew her note any further and a full withdrawal of funds at the end of this note term (02.10.2024).

January 9th, 2024: Lakisha sent a follow up email on January, 9th 2023, this was met with no response. Finally, after contacting the person that sponsored me into the Bridge Loan Opportunity

February 8th 2024: Lakisha received an email response from Renee Dickenson that Mark Sawyer, is still in meetings with regulatory agents to resolve the issue, and funds will be released once the matter is resolved. Lakisha provided her account number to receive the funds.

Based on information and Belief:
1./I do not trust or believe that regulatory meetings are being held. 2./ I have a strong suspicion the accounts are not frozen. 3./ There is potentially a misappropriation of funds in the Bridge Loan Program. 4./The story shared about mistakenly doing a bridge loan with a couple of money launderers (that have now been indicted) to be beyond basic intellect-- proof of any of these statements have not been vetted or verified through public consumption, public records, or personal account to the group of bridge loan participants.

Payment Demand/ Personal Statement:
I'm demanding full payment of $222,067 due to breach of contract, by February 16, 2024. I have provided via email the account number funds should be deposited in through Renee Dickenson's email. I'm in a financial hardship, and leaving the country for an extended period of time, it is imperative that this matter is resolved quickly. I understand this program was very successful for earlier participants. Unfortunately, I'm newer and have not taken out any proceeds, and while I'd like to believe for a positive outcome, material information, other compelling lawsuits, make it difficult not to pursue legal action.

Litigation:
Unfortunately, if the debt is not paid by said date. I'm prepared to move forward with litigation and representation from the Law Offices of Michael Machat.

**This is your FINAL NOTICE to resolve this debt before commencing legal action or for this debt to be forwarded to a collection's agency. To avoid these alternative measures, payment must be made by February 16 2024.**

If there is no response to this letter, all legal rights shall be explored, including, but not limited to, legal proceedings necessary to recover the debt without further notice or this debt may be transferred to a collection's agency in accordance with State and Federal laws.

This demand letter for payment serves as official notice to you and may be tendered in court as evidence of your failure to pay. If legal action is to occur to resolve this matter, it may involve having you pay attorney's fees and may impact your credit history.

Page 2

It is in the best interest of all parties to resolve this matter as soon as possible.

Sincerely,

*L Washington*

Lakisha R. Washington