# EXHIBIT Q



| | |
|---|---|
| Subject | **Re: re : Sonia Feldman v Mark Sawyer, et al.** |
| From | Stephen Chang <chang@albionre.com> |
| To | <michael@machatlaw.com> |
| Date | 2024-01-31 09:58 |

- Bridge Loan Agreement Mark Sawyer.pdf (~255 KB)

Dear Michael:

It was a pleasure speaking with you yesterday.
As we discussed, I have 2 clients here in Northern California (Alameda County) who loaned money to Mark Sawyer.
Would you be interested in taking on additional plaintiffs?
Attached is a copy of the "loan agreement" between Mark and one of my clients. Does it look familiar to you?

Thanks again for your time and consideration.

Stephen S. Chang | Broker
DRE License No.: 01700018
Albion Properties Real Estate
111 Deerwood Road, Suite 200
San Ramon, CA 94583
mobile: (510) 915-6997


On Tue, Jan 30, 2024 at 10:18AM Stephen Chang <chang@albionre.com> wrote:
> Dear Michael:
>
> I have a few questions regarding your lawsuit vs. Mark Sawyer.
> I have a couple of clients with similar experience to yours.
>
> Please give me a call when you have a chance to discuss.
>
> Thanks,
>
> Stephen S. Chang, Attorney | Broker
> 111 Deerwood Road, Suite 200
> San Ramon, CA 94583
> **mobile: (510) 915-6997**