# EXHIBIT R

**TRANSCRIPT OF ZOOM CALL WITH MARK SAWYER, DOMINO WHITTEMORE, GAELEN WHITTEMORE AND SONIA FELDMAN, APRIL 2021.**

**Mark Sawyer**: The next days she's not, then next day you are just. That is just so heart breaking (Domino laughing in background, Mark talking to Domino) It's just such a heart breaking thing. But it happens you know, it's coming your way, it's inevitable.

**Domino Whittemore**: Oh my goodness

**Sonia Feldman**: What what what

**Mark Sonia**: Hey Sonia

**Sonia Feldman**: Hey how's it going l

**Domino Whittemore**: Hi Sonia, Can you hear us?

**Sonia Feldman**: Is my connection ok?

**Domino Whittemore**: Your frozen but we can hear you

**Sonia Feldman:** Oh man ok um

**Mark Sawyer**: I can hear her

**Domino Whittemore**: We can hear you

**Sonia Feldman**: Ok um thanks for taking a second I appreciate it um. I just wanted to hop on because I um I didn't know how much everyone's considering investing. And I wanted to meet you personally for a second because I'm uh considering putting in quite a large amount of money, um. I've already put in about 10k, and I just want to introduce myself first. I'm a music artist. I know Gaelen from a songwriting class, and we connected and I was very serious about my career and I am 32 years old. And I came into money because my father had some wealth and then both my parents passed away so it's uh I've invested a lot of my money that I've had because of that into my dream and lost a lot of money in the meantime just learning lessons in the industry and Gaelen invited me in cuz he saw that it could be a way to you know possibly help fund some of what I was doing and I just had a home that I sold in Los Angeles and I um made a lot of money on and I just I am trying to figure out how to bring this up because I'm young and it's a lot of money but I've. I've lost so much money that the way that this sounds it sounds amazing and I was considering taking the money that I made from the house which was 1 million dollars and um investing it and so its its a little you know hot to bring that up but I I wanted to talk to you and also you know Gaelen and Domino please chime in but it its if you had a kid and you knew that story you know I've lost a lot of money

1

and like I know most of the call was all about security, like you know how how secure is this and it sounds amazing but would you advise your own kid, like what would you, is that

**Mark Sawyer**: Uh, Yeah (interrupts)

**Sonia Feldman**: (continued) ridiculous because I tell you what I feel but most anybody would say to me that's a fucking horrible idea why would you do that with the last Money that you have you know.

**Mark Sawyer**: You know those words verbatim was what my ex-wife said to me when we got into it together. And she lived with me and she knew and we were married at the time and she was the worst client I ever had because every day for a sixty day bridge she'd beat me up just every day just uhhh and when I came back and I gave her all the money you know she says oh man we are so lucky we got through that one so I didn't do any more business with her which was good for her because I did it myself and then we divorced she got all of the money so but uh she said exactly what you're saying here. The questions I'm asking is if if you don't mind, how much money did you lose?

**Sonia Feldman**: I've lost probably over a million dollars over 6 years

**Mark Sawyer**: ok so that's the goal right?

**Sonia**: No I would like to make more because I want to be

**Mark Sonia**: no no hold on hold on hold on

**Sonia Feldman**: Ok

**Mark Sawyer**: When you make, if you invest whatever you invest and we a million dollars above that we're gonna cash you out and you gone say ok I haven't lost any money now and then after that is what I need to earn for you

**Sonia Feldman:** Yea

**Mark Sawyer:** Is that cool

**Sonia Feldman:** Yea this is like blood sweat and tears money so

**Mark Sawyer**: Then I'll have you even. Whatever happened before Mark right uh and then we can go make some real money without any of that heartache in there

**Sonia Feldman**: Yea it's been crazy and like I can say like my dream is that if I can make enough to make 1.5 in savings and then like I have goals and I've done the math over years of

letting it roll over and I want to take some out after a period of time. But it's I wanna make a good enough of money to invest in my career cuz it out takes a lot (laughs) um

**Mark Sawyer**: The first goal the first goal is to get all your money back that you lost in the past

**Sonia Feldman**: Yea

**Mark Sawyer**: Let agree let's all four of us agree on that being the number one goal

**Sonia Feldman**: Yup, I agree

**Gaelen Whittemore**: Yea

**Domino Whittemore:** Lets do it

**Mark Sawyer:** Is that cool? And then after that then we can really go make some money because you won't have anymore heartache or pain or concern

**Sonia Feldman**: Yup

**Mark Sawyer**; Now lets go cuz right because as long as that's there I it's in the it's in the universe right I'm a firm believer n then we gotta work our way around that so let's just get rid of that

**Sonia Feldman**: Yup

**Mark Sawyer**: And then you say (makes tshoo sound)

**Sonia Feldman**: Yesss, yup

**Mark Sawyer**: You understand what I'm saying? And then it's time for us to go after it so you know

**Sonia Feldman**: And you can help advise along the way like like your best advice and how to um

**Mark Sawyer:** I can tell you what I've done and what I would do if it was me but I can't tell you what to do. I am not a financial planner so I can't tell you legally what to do. I can tell you what I do.

**Sonia Feldman**: Yes.

**Mark Sawyer**: What I did and what I would do.

3

**Sonia Feldman**: Yup ok cool.

**Mark. Sawyer**: As though you understand that I can't tell you what to do.

**Sonia Feldman:** No I understand that I just like I know most people would never take a chance like this you know so

**Mark Sawyer**: Um a lot of very wealthy people do because they they know more about things and they have what you have now but you didn't have before they had people around them that know the industry so right now your tool kit just got full because you know me.

**Sonia Feldman**: and cuz I know Gaelen too but yes yes

**Mark Sawyer:** Yea you know Gaelen you know me you know now you don't go to a gun fight with a knife anymore. Someone talks to you about money you got people you can call and say hey I want to make sure their tried get and then I would listen to you and to them and what they're saying and then if you allow I would ask them a couple questions and they will know very quickly it's an even playing field now.

**Sonia Feldman**: Yup and thank you

**Mark Sawyer**: Do you understand what I'm saying

**Sonia Feldman**: Yea it's just scary but I feel good about it and I also feel like I've lost so much I have to take a risk cuz I I know what I want you know but um another question ask is realistically I did do the math like based off the conversations I had initially around this number  like one point six like a year if I left everything in like logistically when could I realistically make you think that money back?

**Mark Sawyer**: See I she broke cuz I didn't hear the question.

**Gaelen Whittemore**: Yea I didn't hear the whole thing either.

**Sonia Feldman**: I was saying um realistically when do you think I could make that kind of money back cuz I did do the money back and it sounds like it could be probably a little bit over a year but that's also why I wanted to hop on cuz I didn't want to talk about this in front of everybody else

**Mark Sawyer**: Yea are you taking about the money that you lost back.

**Sonia Feldman**:Yea

**Mark Sawyer:** Before I start coughing here again

4

**Sonia Feldman**: I'll join you

**Mark Sawyer**: Alright let's do the math, wanna do it on screens uh Gaelen?

**Gaelen Whittemore:** Yeah

**Sonia Feldman:** Oh um

**Gaelen Whittemore:** Right here right?

**Dominio Whittemore**: mmhmm

**Mark Sawyer**: What has Sonia been experiencing before cuz I don't have all the information

**Gaelen Whittemore**: So I've probably talked through some

**Mark Sawyer**: What's she experiencing in bridges before

**Gaelen Whittemore**: Oh she just had a 10 what what was her.

**Domino Whittemore**: It's a 10,000 that she just started.

**Mark Sawyer**: At what rate?

**Domino Whittemore**: Maybe a month ago.

**Mark Sawyer**: what rate?

**Gaelen Whittemore**: What was the rate?

**Domino Whittemore**: Oh uh I dont remember ill have to look it up

**Gaelen Whittemore**: Sonia, do you remember?

**Sonia Feldman**: I think it might have been .16 I'm not positive.

**Domino Whittemore**: Something like 16.

**Gaelen Whittemore**: 90

**Mark Sawyer**: Ok so lets take a what number you wanna start with Sonia?

**Sonia Feldman**: Lets just say that.

5

**Gaelen Whittemore:** The 10,000 or do you wanna start with how much money do you wanna start with?

**Sonia Feldman**: Oh you can put in one million ten thousand I'm gonna try to keep putting a little money in also over the year

**Mark Sawyer:** Lets just do one million to make it even

**Sonia Feldman:** Alright

**Gaelen Whittemore:** Yea

**Mark Sawyer**: Alright and what is this a 90 day a 95, 120, what's she at?

**Domino Whittemore**: Approximately a 90 uh I don't remember off the top of my head.

**Sonia Feldman**: Think it was 90

**Mark Sawyer**: Let's do it times 1.16 times 1.16 times 1.16 1.16

**Gaelen  Whittemore**: K

**Mark Sawyer**: So in the first year you would have made 810,000.00 on that 1 million that you needed back for this year.

**Domino Whittemore**: that's four cycles.

**Mark Sawyer**: everything's the same ok?

**Gaelen Whittemore**: your buying lunch Sonia.

**Sonia Feldman**: Definitely four course meal (laughter).

**Mark Sawyer**: How's that feel?

**Sonia Feldman**: That feels good, that feels like retribution (laughter)

**Mark Sawyer**: So let's go lets go to the first quarter of the next year 1 times 1.16

**Sonia Feldman**: First quarter of next year so that would be January 22'

**Mark Sawyer**: Yeah so that means that you would have made 1.1 million in five quarters in theory if they stay the same.

**Sonia Feldman**: In five quarters so that would be

**Mark Sawyer**: That recover what you lost?

**Sonia Feldman**: Yes

**Mark Sawyer**: Is that Ok? So that's our target as a group as a team, that's what we're headed for guys ok?

**Sonia Feldman**: And that would be five quarters would be what when would that be?

**Mark Sawyer**: At 1.16 we don't know what they're going to be cuz every week when yours come up I have to negotiate them right, but if we were at the same that's what the number would be if it was higher. That's what the number would be if it were lower. It'd be a little lesser then that's where we headed right there we need to deal with that 2.1 number.

**Sonia Feldman:** And five quarters would be would be what, 2022?

**Mark Sawyer**: That's it, that is five quarters.

**Sonia Feldman**: No no.

**Mark Sawyer**: It would be July of next year.

**Sonia Feldman**: That amount?

**Mark Sawyer:** Yea.

**Gaelen Whittemore:** Yea.

**Sonia Feldman**: Holycannoli (laughs) I will be taking us all out for four course meals um that would be phenomenal. oh my goodness gracious ok (laughter in background)

**Mark Sawyer**: Ok? Now I just said these could be higher or lower but this what you're experiencing right now it stays consistent that thats it.

**Gaelen Whittemore:** And on five on five loan terms we'd have a total of 50 days in processing because ten days each loan term right

**Sonia Feldman**: Ok

**Gaelen Whittemore:** So that would put us back um you know what a little over a month in a half?

7

**Sonia Feldman**: Ok

**Mark Sawyer**: We're talking next summer though.

**Gaelen Whittemore**: Yea but next summer.

**Sonia Feldman:** Wow that would be a complete and utter miracle (laughter).

**Mark Sawyer**: And if you wanted to leave another cycle after that what would it be? You would a made another 336,000

**Sonia Feldman**: Ok alright (sighs)

**Mark Sawyer:** You all good?

**Sonia Feldman:** Yeah I mean I'm going to take the chance I wanted to meet and talk I want you to know who I am and that you know I'm a flesh being with a giant heart so uh you know, so uh you would be giving me a massive massive gift back so I appreciate it

**Mark Sawyer**: No you be giving yourself that gift you deserve it

**Sonia Feldman**: I do thank you.

**Mark Sawyer**: So our goal is to go fix that loss already then after that we'll go make some money.

**Sonia Feldman**: yes sir, ok cool (laughter).

**Mark Sawyer**: Alrighty?

**Sonia Feldman**: That was easy. Let's go Gaelen, lets go Domino, let's go Mark.

**Mark Sawyer**: Alright guys will see ya guys.

**Sonia Feldman**: Alright thank you so much.

**Domino Whittemore**: Thanks Mark thanks Sonia.

**Sonia Feldman**: Alright take care.

**Mark Sawyer:** Bye.

**Gaelen Whittemore**: Bye guys.