# EXHIBIT S

```
FILED
Superior Court of California
County of Los Angeles
08/19/2024
David W. Slayton, Executive Officer / Clerk of Court
By: _____J. Choi_____ Deputy
```

Michael Machat, Esq.
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

Attorneys for Plaintiff
Sonia Feldman

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES

| | |
|---|---|
| SONIA FELDMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK ANTHONY SAWYER dba MAS FINANCING,<br><br>        Defendant. | Case Number: 23STCV26012<br><br>**JUDGMENT AGAINST DEFENDANT MARK ANTHONY SAWYER**<br><br>Date:  **August 9, 2024**<br>Time:  9:40 am.<br>Dept:  40<br><br>Honorable Judge Anne Richardson |

The above referenced action has been decided with respect to Defendant Mark Anthony Sawyer.  The other defendants have been dismissed without prejudice. Plaintiff Sonia Feldman has appeared in this matter through her attorney, Michael Machat. Defendant Mark Anthony Sawyer has appeared in this case through his attorney Na'il Benjamin.

The hearing on Plaintiff Sonia Feldman's Motion for Summary Adjudication of Issues Against Defendant Mark Sawyer took place on August 9, 2024 at 9:40 a.m in Department 40 of the above-referenced court, and the Motion was granted, with the Court having found that Defendant Mark Sawyer owes Plaintiff Sonia Feldman $3,149,689.67

Electronically Received 08/09/2024 12:10 PM

- 2 -

1  on the first two causes of action for breach of contract (both written and oral) and account
2  stated and open book account.   Subsequently all remaining causes of action against the
3  sole remaining defendant Mark Anthony Sawyer have been dismissed without prejudice.

4  **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

5  Judgment is and shall be entered in favor of Plaintiff Sonia Feldman against
6  Defendant Mark Anthony Sawyer in the amount of $3,149,689.67, plus costs, interest at
7  the lawful rate of 10% and attorneys' fees pursuant to cost bill and motion.

Dated: 08/19/2024

JUDGE OF THE SUPERIOR COURT
Anne Richardson