# EXHIBIT W

**Wednesday, March 5, 2025 at 22:21:17 Pacific Standard Time**

| | |
|---|---|
| **Subject:** | Sonia Feldman v. Mark A. Sawyer, et.al./ 2:24-cv-526 / Plaintiff's 1st set of RFAs & ROGs to Defs, M. Sawyer & J. Sawyer |
| **Date:** | Thursday, December 19, 2024 at 4:47:32 PM Pacific Standard Time |
| **From:** | Phyllis Cameron |
| **To:** | msawyer2729@yahoo.com, jen61002@hotmail.com |
| **CC:** | michael@machatlaw.com, Mark Albright, Daniel Ormsby, Kyle Fenton, ebbesqltd@yahoo.com |
| **Attachments:** | image001.png, 2024-12-19 P's 1st Set of RFAs to Def, Jennifer Sawyer. FINAL to be served.pdf, 2024-12-19 P's 1st Set of RFAs to Def, Mark A. Sawyer. FINAL to be served.pdf, 2024-12-19 P's 1st Set of ROGs to Def, Jennifer Sawyer. FINAL to be served.pdf, 2024-12-19 P's 1st Set of ROGs to Def, Mark A. Sawyer. FINAL to be served.pdf |

Hello!

Please find attached in regards to the above referenced matter, the following documents:

- PLAINTIFF SONIA FELDMAN'S FIRST SET OF INTERROGATORIES PROPOUNDED UPON DEFENDANT MARK ANTHONY SAWYER;
- PLAINTIFF SONIA FELDMAN'S FIRST SET OF INTERROGATORIES PROPOUNDED UPON DEFENDANT JENNIFER SAWYER;
- PLAINTIFF SONIA FELDMAN'S FIRST SET OF REQUESTS FOR ADMISSIONS SERVED ON DEFENDANT MARK ANTHONY SAWYER;
- PLAINTIFF SONIA FELDMAN'S FIRST SET OF REQUESTS FOR ADMISSIONS SERVED ON DEFENDANT JENNIFER SAWYER.

Thank you!


Respectfully,

# Phyllis L. Cameron

Paralegal to
G. Mark Albright, Esq.



801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
T:  (702) 384-7111
pcameron@albrightstoddard.com
www.albrightstoddard.com