# EXHIBIT Z3

MARY ANN SMITH
Deputy Commissioner
SEAN M. ROONEY
Assistant Chief Counsel
DANIELLE A. STOUMBOS (State Bar No. 264784)
Senior Counsel
KELLY SUK (State Bar No. 301757)
Senior Counsel
Department of Financial Protection and Innovation
320 West 4th Street, Suite 750
Los Angeles, California 90013
Telephone: (213) 503-2046
Email: Danielle.Stoumbos@dfpi.ca.gov
       Kelly.Suk@dfpi.ca.gov

Attorneys for Complainant

BEFORE THE DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION

OF THE STATE OF CALIFORNIA

| In the Matter of: | ) CFL LICENSE NO.: 6053860 |
|---|---|
|  | ) NMLS NO.: 257417 |
| THE COMMISSIONER OF FINANCIAL PROTECTION AND INNOVATION, | ) |
|  | ) ORDER REVOKING CALIFORNIA |
| Complainant, | ) FINANCING LAW LICENSE |
|  | ) PURSUANT TO FINANCIAL CODE |
| v. | ) § 22714 |
|  | ) |
| MARK ANTHONY SAWYER dba MAS FINANCING, | ) |
|  | ) |
| Respondent. | ) |

The Acting Commissioner of Financial Protection and Innovation finds as follows:

## I.

## Introduction

1. The Commissioner of Financial Protection and Innovation (Commissioner) as head of the Department of Financial Protection and Innovation (Department) is authorized to administer and enforce the provisions of the California Financing Law (CFL) (Cal. Fin. Code §§ 22000-22780.1).

2. At all relevant times, Mark Anthony Sawyer dba MAS Financing (MAS Financing) was a company licensed as a finance broker under the authority of the CFL beginning on July 10, 2007, CFL license number 6053860, with a business address of 1905 O'Toole Way, San Jose, California 95131.

3. At all relevant times, Mark Anthony Sawyer was MAS Financing's owner, officer, and founder.

4. MAS Financing brokered residential mortgage loans and employed mortgage loan originators. Mark Anthony Sawyer had a mortgage loan originator license with the Department, license number CA-DOC217438.

5. On June 11, 2024, the Department commenced an examination of MAS Financing. As a result of the examination, the Commissioner found that MAS Financing failed to provide requested books and records and violated several provisions of the CFL which constituted grounds under Financial Code § 22714 to revoke its CFL license.

6. On December 3, 2024, the Commissioner issued a Notice of Intention to Issue an Order Revoking California Financing Law License, Accusation, and accompanying documents (Revocation Pleadings) against MAS Financing. On the same date, the Commissioner further instituted an enforcement action to revoke Mark Anthony Sawyer's mortgage loan originator license. On December 11, 2024, the Commissioner served MAS Financing with the Revocation Pleadings via certified, return receipt mail at its licensed location. The Department has not received a request for a hearing from MAS Financing and the statutory time to request one has expired.

///

///

## II.

## Revocation Order

NOW GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the California Financing Law license of Respondent Mark Anthony Sawyer dba MAS Financing is hereby revoked.

Dated: January 7, 2025
Los Angeles, California

KHALIL MOHSENI
Acting Commissioner of Financial Protection and Innovation

By _____
    MARY ANN SMITH
    Deputy Commissioner
    Enforcement Division

