# EXHIBIT O



| | |
|---|---|
| **Subject** | **Fwd: Important Update on January 2024 Fund Disbursement** |
| **From** | Chadwick Johnson <chad@mindfulinjurylaw.com> |
| **To** | michael@machatlaw.com <michael@machatlaw.com> |
| **Date** | 2024-02-13 19:41 |

Get Outlook for iOS

**From:** Ana Arriaga <anadiancka28@gmail.com>
**Sent:** Tuesday, February 13, 2024 12:32 PM
**To:** Chadwick Johnson <chad@mindfulinjurylaw.com>
**Subject:** Fwd: Important Update on January 2024 Fund Disbursement


Did you get this last week?

I spoke with Charles last night.

Sent from ADAR's iPhone


Begin forwarded message:

> **From:** "Charles, Danielle & Dylnn Dunlap" <d3.investments.llc2@gmail.com>
> **Date:** February 13, 2024 at 10:45:51 AM PST
> **To:** undisclosed-recipients:;
> **Subject: Fwd: Important Update on January 2024 Fund Disbursement**
>
>
> Resending
>
> ---------- Forwarded message ---------
> From: **Charles, Danielle & Dylnn Dunlap** <d3.investments.llc2@gmail.com>
> Date: Thu, Feb 8, 2024 at 10:23PM
> Subject: Important Update on January 2024 Fund Disbursement
> To:
>
>
> Dear D3 Investment Clients,
>
> We hope this message finds you well. We wanted to reach out to provide an update on the disbursement of funds for the January 2024 request period.
>
> Regrettably, there will be a delay in the distribution of funds due to an ongoing investigation related to the bridge investment program over the past 18 months. We want to assure you that Mark Sawyer and the bridge program were not the focus of this inquiry. Instead, it targeted two shell companies and one individual involved in approximately thirty-seven bridges.
>
> Mark has communicated that, at this point, no one has incurred any financial losses. However, the release of payouts is currently held in an escrow account pending completion of the investigation. To shed light on the situation, here are some key points:

- The investigation encompasses several lenders, and Mark Sawyer and his business were cleared a significant time ago, allowing him to continue the bridge loan business.
- The specific nature of the alleged crimes is currently unknown.
- No lender has suffered financial losses within the context of a bridge.
- Mark's legal team and representatives from FINCEN have deemed the investigative process expedient.
- Arrests of the suspected individuals were made in November 2023.
- We understand that this information may raise questions, and we are in the process of scheduling a Zoom call with Mark to address your concerns. Unfortunately, we have limited insights into the investigation, but Mark and his attorneys are actively involved in resolving the situation.

We apologize for any inconvenience this may cause and appreciate your patience. Mark is diligently working to secure a full release of funds.

Please be on the lookout for details regarding the upcoming Zoom meeting, which we aim to schedule for the upcoming week.

Thank you for your understanding.

Sincerely,

Charles and Danielle