G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
**ALBRIGHT STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

MICHAEL MACHAT, ESQ.
CA Bar No. 109475
Appearing *pro hac vice*
**MACHAT & ASSOCIATES, P.C.**
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
michael@machatlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT

### DISTRICT OF NEVADA

| | |
|---|---|
| Sonia Feldman, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Mark Anthony Sawyer; Jennifer Ann Sawyer; Nevada MJS Trust; The Property Located at 6940 N. Jensen Street, Las Vegas, NV 89149-1365; The Property Located at 508 Setting Moon Street, North Las Vegas, NV 89084-1258; The Vacant Land located at APN# 125-19-203-002; ATD Commerce, LLC; ACM North, LLC; MAS Holdings Group, LLC.; and Sawyer Holdings, LLC,<br>Defendants. | CASE NO.:   2:24-cv-00526-JCM-MDC<br><br>**NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF 37]** |

Plaintiff Sonia Feldman, an individual, by and through her counsel of record, G. MARK ALBRIGT, ESQ., of ALBRIGHT, STODDARD, WARNICK and MICHAEL MACHAT, ESQ., of MACHAT & ASSOCIATES, P.C., appearing Pro Hac Vice, hereby files Notice of No Opposition to Plaintiff's Motion for Summary Judgment [ECF 37], filed on March 6, 2025.

Pursuant to Local Rule LR 7-2(b), any opposition to a motion must be filed within 21 days after service of the motion. In the instant matter, Plaintiff Sonia Feldman served a copy of her Motion for Summary Judgment [ECF 37] via electronic mail, regular mail and certified mail, to the last known emails and addresses of Defendants on March 7, 2025. Thereby, Defendants' opposition or other response was due on March 28, 2025. Further, as of today's date, Defendants who are appearing pro se, have not filed and/or served an opposition or other response to Plaintiff's Motion for Summary Judgment.

Under Local Rule LR 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." While the Court is still required to evaluate the motion on its merits under Fed. R. Civ. P. 56(e), Plaintiff respectfully submits that the motion is unopposed and properly supported by the record, and requests that the Court consider the motion for decision.

DATED this 4th day of April, 2025

ALBRIGHT, STODDARD, WARNICK
& ALBRIGHT


//s// G. Mark Albright
G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Telephone: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

MICHAEL MACHAT, ESQ.
CA Bar No. 109475
Appearing *pro hac vice*
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
michael@machatlaw.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of ALBRIGHT, STODDARD, WARNICK & ALBRIGHT and that on this 4th day of April, 2025, service of a true and correct copy of the foregoing **NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** was made to all counsel of record as follows:

| | |
|---|---|
| MARK ANTHONY SAWYER<br>dba MAS Financing<br>6940 N. Jensen Street<br>Las Vegas, NV 89149-1365<br>Msawyer2729@yahoo.com<br>*Defendant* | ☐ Certified Mail<br>☐ Electronic Filling/Service<br>☒ Email<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ Regular Mail |
| JENNIFER SAWYER<br>6940 N. Jensen Street<br>Las Vegas, NV 89149-1365<br>Jen61002@hotmail.com<br>*Defendant* | ☐ Certified Mail<br>☐ Electronic Filling/Service<br>☒ Email<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ Regular Mail |
| NEVADA MJS TRUST<br>6940 N. Jensen Street<br>Las Vegas, NV 89149<br>*Defendant* | ☐ Certified Mail<br>☐ Electronic Filling/Service<br>☐ Email<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ Regular Mail |
| THE PROPERTY LOCATED AT<br>6508 Setting Moon Street<br>North Las Vegas, NV 89084-1258<br>*Defendant* | ☐ Certified Mail<br>☐ Electronic Filling/Service<br>☐ Email<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ Regular Mail |
| ATD COMMERCE, LLC<br>C/O US Corporate Solutions, LLC<br>2685 S. Rainbow Blvd., Ste. 213<br>Las Vegas, NV 89146<br>*Defendant* | ☐ Certified Mail<br>☐ Electronic Filling/Service<br>☐ Email<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ Regular Mail |
| ACM NORTH, LLC<br>C/O US Corporate Solutions, LLC<br>2685 S. Rainbow Blvd., Ste. 213<br>Las Vegas, NV 89145<br>*Defendant* | ☐ Certified Mail<br>☐ Electronic Filling/Service<br>☐ Email<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ Regular Mail |
| MAS HOLDINGS GROUP, LLC<br>C/O US Corporate Solutions, LLC<br>2685 S. Rainbow Blvd., Ste. 213<br>Las Vegas, NV 89145<br>*Defendant* | ☐ Certified Mail<br>☐ Electronic Filling/Service<br>☐ Email<br>☐ Facsimile<br>☐ Hand Delivery |

| | | |
|---|---|---|
| 1 | | X  Regular Mail |
| 2 | | |
| 3 | SAWYER HOLDINGS, LLC<br>C/O Jeffrey Burr, LTD<br>2600 Paseo Verde Pkwy., Suite 200<br>Henderson, NV 89074<br>*Defendant* | Certified Mail<br>Electronic Filling/Service<br>Email<br>Facsimile<br>Hand Delivery<br>X  Regular Mail |

_/s// **Phullis P. Cameron**_
An employee of Albright, Stoddard, Warnick & Albright

## Phyllis Cameron

| | |
|---|---|
| **From:** | Phyllis Cameron |
| **Sent:** | Friday, April 4, 2025 11:52 AM |
| **To:** | Mark Sawyer; jen61002@hotmail.com |
| **Cc:** | Mark Albright; Michael Machat; Kyle Fenton |
| **Subject:** | Sonia Feldman v. Mark A. Sawyer et.al. / 2:24-cv-526 / Notice of No Opp to Plaintiff's Motion for Summary Judgment |
| **Attachments:** | 2025-04-04 Feldman. Notc of No Opp to P's MSJ.e.filed.e.served.emailed.mailed.FINAL.pdf |

Dear Mark Sawyer and Jennifer Sawyer:

Please find attached in the above matter NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF 37].
I have also mailed this document to your last known address(es).

Thank you!


Respectfully,



Paralegal to
G. Mark Albright, Esq.

**AS Albright Stoddard Warnick & Albright**

801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
T:  (702) 384-7111
pcameron@albrightstoddard.com
*www.albrightstoddard.com*

1

LAW OFFICES
### Albright, Stoddard, Warnick & Albright
A PROFESSIONAL CORPORATION
QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

MAS HOLDINGS GROUP, LLC
C/O US Corporate Solutions, LLC
2685 S. Rainbow Blvd., Ste. 213
Las Vegas, NV 89145

*Note of No Opp [37]*

LAW OFFICES
### Albright, Stoddard, Warnick & Albright
A PROFESSIONAL CORPORATION
QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

SAWYER HOLDINGS, LLC
C/O Jeffrey Burr, LTD
2600 Paseo Verde Parkway, Ste. 200
Henderson, NV 89074

*Note of No Opp [37]*

LAW OFFICES
**Albright, Stoddard, Warnick & Albright**
A PROFESSIONAL CORPORATION
QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

MARK ANTHONY SAWYER
dba MAS Financing
6940 N. Jensen Street
Las Vegas, NV 89149-1365

1.0 Ntc of No Opp re: [37]

LAW OFFICES
**Albright, Stoddard, Warnick & Albright**
A PROFESSIONAL CORPORATION
QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

JENNIFER SAWYER
6940 N. Jensen Street
Las Vegas, NV 89149-1365

Ntc of No Opp [37]

LAW OFFICES
## Albright, Stoddard, Warnick & Albright
A PROFESSIONAL CORPORATION

QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106



$0.97
US POSTAGE IMI
FIRST-CLASS
063S0001443193
FROM 89106

THE PROPERTY LOCATED AT
6508 Setting Moon Street
North Las Vegas, NV 89084-1258

Note of No OPP [32]

LAW OFFICES
## Albright, Stoddard, Warnick & Albright
A PROFESSIONAL CORPORATION

QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106

$0.97
US POSTAGE IMI
FIRST-CLASS
063S0001443193
FROM 89106

NEVADA MJS TRUST
6940 N. Jensen Street
Las Vegas, NV 89149

Note of No OPP [32]

LAW OFFICES
**Albright, Stoddard, Warnick & Albright**
A PROFESSIONAL CORPORATION
QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106



ATD COMMERCE, LLC
C/O US Corporate Solutions, LLC
2685 S. Rainbow Blvd., Ste. 213
Las Vegas, NV 89145

Note of No OPP [37]

---

LAW OFFICES
**Albright, Stoddard, Warnick & Albright**
A PROFESSIONAL CORPORATION
QUAIL PARK SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106



ACM NORTH, LLC
C/O US Corporate Solutions, LLC
2685 S. Rainbow Blvd., Ste. 213
Las Vegas, NV 89145

Note of No OPP [37]