LOUIS C. SCHNEIDER, ESQ.
Nevada Bar Number 9683
711 S. 9th Street
Las Vegas, Nevada 89101
T: (702) 435-2121
F: (702) 431-3807
E: lcslawllc@yahoo.com
*Attorney for Sonia Feldman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FELDMAN, | CASE NO.: 2:24-cv-00526-JCM-MDC |
| Plaintiff, | |
| vs. | |
| MARK ANTHONY SAWYER, JENNIFER ANN SAWYER, NEVADA MJS TRUST, THE PROPERTY LOCATED AT 6940 N. JENSEN STREET, LAS VEGAS, NV 89149-1365, THE PROPERTY LOCATED AT 508 SETTING MOON STREET, NORTH LAS VEGAS, NV 89084-1258; THE VACANT LAND LOCATED AT APN# 125-19-203-002; ATD COMMERCE, LLC; ACM NORTH, LLC; MAS HOLDINGS GROUP, LLC., AND SAWYER HOLDINGS, LLC., | **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

COMES NOW, Louis C. Schneider, Esq. of the Law Offices of Louis C. Schneider, and pursuant to F.R.C.P. Rule 7 (b) and Local Rule IA-6(b), filed this MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF. This motion is made

1

and based upon the following memorandum of points and authorities, the papers and pleadings on file herein, the Declaration of Louis C. Schneider, Esq. attached hereto, together with any oral argument at the time of the hearing, if any.

DATED this 30th day of May, 2025.

 /s/ Louis C. Schneider, Esq.
LOUIS C. SCHNEIDER, ESQ.
Nevada Bar Number 9683
711 S. 9th Street
Las Vegas, NV 89101
(702) 435-2121
lcslawllc@yahoo.com

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    LAW**

**A.  F.R.C.P. RULE 7(b)(1)(2) MOTIONS AND OTHER PAPERS** states:

(1) In General. A request for a court order must be made by motion. The motion must: (A) be in writing unless made during a hearing or trial; (B) state with particularity the grounds for seeking the order; and (C) state the relief sought.
(2) Form. The rules governing captions and other matters of form in pleadings apply to motions and other papers.

**B.  F.R.C.P. LOCAL RULE IA-6 APPEARANCES,**

**SUBSTITUTIONS, AND WITHDRAWALS** states in relevant part:

(b) If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel. The affected client may, but is not required

2

…

to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise.

(e) Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge.

## II. <u>ARGUMENT</u>

In the instant case, the undersigned counsel respectfully requests this Honorable Court grant the law offices of Louis C. Schneider, Esq. leave to withdraw as attorney of record Plaintiff because of Plaintiffs' failure to communicate to this counsel and for Plaintiff's failure to adequately retain this counsel for this case.

Plaintiff has been served a copy of this Motion by placing the Motion in sealed envelopes, postage prepaid and mailed via USPS mail and emailed to Plaintiffs' last known address which is listed below.

Sonia Feldman
8264 Fountain Avenue
West Hollywood, California 90046

/ / /

### III.  <u>CONCLUSION</u>

That based upon the foregoing, this Counsel respectfully requests leave to withdraw as counsel of record for Plaintiff.

/s/*Louis C. Schneider*
LOUIS C. SCHNEIDER, ESQ.
Nevada Bar Number 9683
711 S. 9th St.
Las Vegas, NV 89101
T: (702) 435-2121
E: lcslawllc@yahoo.com
*Attorney for Plaintiff Sonia Feldman*

## DECLARATION OF LOUIS C. SCHNEIDER, ESQ.

I, LOUIS C. SCHNEIDER ESQ., do hereby declare, under penalty of perjury under the laws of the State of Nevada, the following statements are true and correct:

1. That Declarant is over the age of eighteen (18), is an attorney duly licensed practice law in the State of Nevada and maintains office at 711 S. 9th Street, Las Vegas, Nevada 89101, is the attorney of record for Plaintiff in this action, and has personal knowledge as to the facts contained herein and will testify as to these facts if called upon to do so;

2. That this motion is brought due to Plaintiff Sonia Feldman's failure to communicate to this Counsel and her failure to adequately retain this Counsel;

3. That I have read the motion and am in full agreement with it;

4. That I declare these things to be true as I have personal knowledge of them, and as to those matters stated upon information and belief, I believe them to be true;

///

///

///

///

5

5.  Plaintiff has been served a copy of this Motion by placing the Motion in sealed envelopes, postage prepaid and mailed via USPS mail and emailed to Plaintiffs' last known address which is listed below.

Sonia Feldman
8264 Fountain Avenue
West Hollywood, California 90046

6. Further, Declarant saith naught.

/s/ Louis C. Schneider
LOUIS C. SCHNEIDER, ESQ.

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am an employee of Louis C. Schneider, Esq. and that

on the 30th day of May, 2025, I served a true and correct copy of the above

and forgoing **<u>MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF</u>**

was electronically filed and served via the Court's CM/ECF system on all parties

currently on the electronic service list**.**

SONIA FELDMAN
8264 Fountain Avenue
West Hollywood, California 90046
*Plaintiff*
*Sent via USPS mail*

MARK ANTHONY SAWYER
6940 N. Jensen Street
Las Vegas, Nevada 89149
Email: msawyer2729@yahoo.com
*Defendant*
*Sent via USPS mail*


G. MARK ALBRIGHT, ESQ. (1394)
DANIEL R. ORMSBY, ESQ. (14595)
KYLE W. FENTON, ESQ. (16235)
ALBRIGHT STODDARD WARNICK & ALBRIGHT
801 South Rancho Drive, Ste D-4
Las Vegas, Nevada 89106
T: (702) 384-7111
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

MICHAEL MACHAT, ESQ.
MACHAT & ASSOCIATES, PC
*Appearing pro hac vice*
California State Bar Number 109475
8730 W. Sunset Blvd., Suite 250
W. Hollywood, CA 90069
T: (310) 860-1833
michael@machatlaw.com
*Attorneys for Plaintiff, Sonia Feldman*

JENNIFER SAWYER
6940 N. Jensen Street
Las Vegas, Nevada 89149-1365
Jen61002@hotmail.com
*sent via USPS mail*

MJS NEVADA TRUST
6940 N. Jenson Street
Las Vegas, Nevada 89149
*Defendant*
*sent via USPS mail*

THE PROPERTY LOCATED AT
6508 Setting Moon Street
North Las Vegas, Nevada 89084-1258
*Defendant*
*sent via USPS mail*

ATD COMMERCE, LLC.
C/O US Corporate Solutions, LLC.
2685 S. Rainbow Blvd. Ste. 213
Las Vegas, Nevada 89146
*Defendant*
*Sent via USPS mail*

ACM NORTH, LLC
C/O US Corporate Solutions LLC
2685 S. Rainbow Blvd., Ste. 213
Las Vegas, NV 89146
*Defendant*
*Sent via USPS mail*


MAS HOLDINGS GROUP, LLC
C/O US Corporate Solutions LLC
2685 S. Rainbow Blvd., Ste. 213
Las Vegas, NV 89146
*Defendant*
*Sent via USPS mail*


SAWYER HOLDINGS LLC
C/O Jeffrey Burr, LTD
2600 Paseo Verde Pkwy., Suite 200
Henderson, Nevada 89074
*Defendant*
*Sent via USPS mail*


*/s/ Stacie De Falco*
*An employee of Louis C. Schneider*