# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sonia Feldman,

        Plaintiff(s),

vs.

Mark Anthony Sawyer, et al.,

        Defendant(s).

2:24-cv-00526-JCM-MDC

**ORDER GRANTING MOTION**

      Defendants' counsel – Louis Schneider of Law Office of Louis C. Schneider, LLC – has filed a *Motion to Withdraw* (ECF No. 47) from representing plaintiff Sonia Feldman. Under Local Rule ("LR") IA 11-6(b) "[if] an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b).

      Counsel served his motion as required. *See ECF No. 47 at 3*. The grounds for withdrawal include "failure to communicate" and "failure to adequately retain this counsel for this case." *Id.* Neither plaintiff nor defendants have opposed the motion. *See LR 7-2(d)* ("The failure of an opposing party to file points and authorities in response to any motion…constitutes a consent to the granting of the motion.).

      ACCORDINGLY,

      **IT IS ORDERED that:**

1. The *Motion to Withdraw as Counsel* (ECF No. 47) is **GRANTED**.

2. The Clerk of Court is kindly directed to remove Louis Schneider of Law Office of Louis C. Schneider, LLC as counsel of record for plaintiff and CM/ECF service in this case.

DATED this 20th day of June 2025.

IT IS SO ORDERED.

                                                  _____
                                                  Hon. Maximiliano D. Couvillier III
                                                  United States Magistrate Judge