Michael Machat, Esq.
Machat & Associates, PC
California State Bar Number 109475
*Appearing pro hac vice*
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

G. Mark Albright, Esq. (1394)
Daniel R. Ormsby, Esq. (14595)
Kyle W. Fenton, Esq. (16235)
Albright Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

Attorneys for Plaintiff
Sonia Feldman

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FELDMAN, <br><br> Plaintiff, <br><br> v. <br><br> MARK ANTHONY SAWYER, ET AL., <br><br> Defendants. | Case Number: 2:24-cv-00526-JCM-MDC <br><br> **PLAINTIFF SONIA FELDMAN'S MOTION FOR CLERK'S ENTRY OF DEFAULT OF ALL DEFENDANTS** |

Plaintiff Sonia Feldman ("Plaintiff"), by and through her attorneys, respectively submits this motion for entry of default against Defendants (i) MJS Nevada Trust, (ii) The Property Located at 6508 Setting Moon Street, North Las Vegas, NV 89084-1258, (iii) ATD Commerce, LLC, (iv)

1  ACM North, LLC, (v) MAS Holdings Group, LLC, and (vi) Sawyer Holdings, LLC
2  (collectively, "corporate defendants" or "Corporate Defendants").  Entry of default is requested
3  because this Court's December 20, 2024 Order required that "the corporate defendants must
4  retain counsel and file a notice of appearance by new counsel on or before **February 20, 2025**".
5  ECF No. 36 at 2 (emphasis in original).  *See also* ECF No. 36 at 3, ¶ 3 ("The corporate
6  defendants . . . shall file a notice of appearance of new counsel on or before **February 20,**
7  **2025.**") (emphasis in original).  Yet the corporate defendants have never complied with the
8  above-stated requirements of this Court's December 20, 2024 Order.  The corporate defendants
9  were warned that "[f]ailure to [comply] will result in adverse consequences, including sanctions
10  and judgment against such corporate defendants."  ECF No. 36 at 2.  *See also id.* at 3, ¶ 5.

Plaintiff further moves for entry of default against Defendants Mark Anthony Sawyer and Jennifer Sawyer (collectively, "Individual Defendants").  Entry of default is requested because this Court's December 20, 2024 Order required that Individual Defendants "shall file either a notice of appearance of new counsel or a notice of intent to proceed pro se on or before **February 20, 2025**."  ECF No. 36 at 3, ¶ 3 (emphasis in original).  Yet Individual Defendants have never complied with the above-stated requirements of this Court's December 20, 2024 Order.  Individual Defendants were warned that failure to comply could result in adverse consequences.  ECF No. 36 at 3, ¶ 5.

The Court previously ordered Plaintiff to bring the present motion.  On August 28, 2025, Plaintiff previously brought a consolidated motion for entry of default and default judgment. ECF No. 49.  On September 29, 2025, the Court entered a minute order, which stated:

> WHEREAS plaintiff moved this court for default judgment without having first obtained entry of default from the clerk of court. (See ECF No. 49).
>
> **IT IS HEREBY ORDERED that the plaintiff move separately for a clerks entry of default**. The court will not consider her motion for default judgment unless and until the clerk enters default.

ECF No. 50 (emphasis added).  On January 16, 2026, the Court entered a minute order, which stated:

On September 29, 2025, **this court ordered the plaintiff to move separately for a clerks entry of default**, before moving for default judgment. (ECF No. 50). Plaintiff has failed to comply with the court's order.

The court will allow plaintiff fourteen days from the date of this order to refile in compliance with the court's order. Otherwise, the court will deny her motion for default judgment. (ECF No. 49).

ECF No. 51 (emphasis added). Accordingly, pursuant to these orders (ECF Nos. 50 & 51), Plaintiff timely brings the present motion, whereby Plaintiff requests that the Clerk enter the defaults of each of the Defendants (i.e., all Corporate Defendants and all Individual Defendants).

Respectfully submitted,

DATED this 27th day of January 2026

**Machat & Associates, PC**

By: /s/Michael Machat
Michael Machat
Appearing pro hac vice
California State Bar Number 109475
8730 W. Sunset Blvd., Suite 250
W. Hollywood, CA 90069
Attorneys for Plaintiff Sonia Feldman

G. Mark Albright, Esq. (1394)
Daniel R. Ormsby, Esq. (14595)
Kyle W. Fenton, Esq. (16235)
Albright Stoddard, Warnick & Albright
801 South Rancho Drive, Ste D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

PLAINTIFF's MOTION FOR CLERK'S ENTRY OF DEFAULT OF ALL DEFENDANTS

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that on this 27th day of January 2026, I mailed a copy of the foregoing motion to each defendant at the addresses listed below.

DATED this 27th day of January 2026

**Machat & Associates, PC**

By: /s/Michael Machat

MARK SAWYER
6940 N. Jensen St,
Las Vegas, NV 89149
Email: msawyer2729@yahoo.com

JENNIFER SAWYER
6940 N. Jensen St,
Las Vegas, NV 89149
Email: jen61002@hotmail.com

MJS NEVADA TRUST
6940 N. Jensen St,
Las Vegas, NV 89149

THE PROPERTY LOCATED AT:
6508 Setting Moon Street
North Las Vegas, NV 89084-1258

ATD COMMERCE, LLC.
C/o US CORPORATE SOLUTIONS, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

ACM NORTH, LLC.
C/o US CORPORATE SOLUTIONS, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

MAS HOLDINGS GROUP, LLC.
C/o US CORPORATE SOLUTIONS, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

SAWYER HOLDINGS, LLC
C/o JEFFREY BURR, LTD.
2600 Paseo Verde Pkwy., Suite 200
Henderson, NV 89074