Michael Machat, Esq.
Machat & Associates, PC
California State Bar Number 109475
*Appearing pro hac vice*
8730 W. Sunset Blvd., Ste. 250
W. Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

G. Mark Albright, Esq. (1394)
Daniel R. Ormsby, Esq. (14595)
Kyle W. Fenton, Esq. (16235)
Albright Stoddard, Warnick & Albright
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
dormsby@albrightstoddard.com
kfenton@albrightstoddard.com

Attorneys for Plaintiff
Sonia Feldman

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FELDMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARK ANTHONY SAWYER, ET AL.,<br><br>　　　　　Defendants. | Case Number: 2:24-cv-00526-JCM-MDC<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL MACHAT IN SUPPORT OF PLAINTIFF SONIA FELDMAN'S APPLICATION FOR CLERK'S ENTRY OF DEFAULT OF ALL DEFENDANTS** |

## <u>DECLARATION OF MICHAEL MACHAT</u>

　　I, Michael Machat, hereby declare and state that:

- 1 -
SUPPLEMENTAL DECLARATION RE APPLICATION FOR CLERK'S ENTRY OF DEFAULT OF ALL DEFENDANTS

1. I am an attorney admitted to practice law in the States of California and New York, before the Ninth and Federal Circuit Courts of Appeals, and the United States Supreme Court. I am appearing pro hac vice in this case for Plaintiff. I am filing this declaration as a supplement to the application for entry of default that was previously filed as ECF 52.

2. I confirm that each of these following defendants have appeared in this case with counsel Brent Bryson: (i) MJS Nevada Trust, (ii) The Property Located at 6508 Setting Moon Street, North Las Vegas, NV 89084-1258, (iii) ATD Commerce, LLC, (iv) ACM North, LLC, (v) MAS Holdings Group, LLC, (vi) Sawyer Holdings, LLC, (vii) Mark Anthony Sawyer, and (viii) Jennifer Sawyer.

3. ECF No. 24 reflects that attorney Brent Bryson answered on behalf of each of the foregoing named defendants.

4. ECF No. 31 reflects that Brent Bryson filed a motion to withdraw as counsel for all defendants. That motion was granted on December 20, 2024. ECF 36.

5. Besides granting Brent Bryson's motion to be relieved as counsel for Defendants, ECF 36 also instructed defendants Mark Anthony Sawyer and Jennifer Sawyer to either file a notice of appearance of new counsel or a notice of intent to proceed pro se on or before **February 20, 2025**. ECF No. 36 at 3, ¶ 3. They have failed to do so. The docket reflects no such entry.

6. I also note that same order at ECF No. 36 at 3, ¶ 4 required the corporate defendants, i.e., (i) MJS Nevada Trust, (ii) The Property Located at 6508 Setting Moon Street, North Las Vegas, NV 89084-1258, (iii) ATD Commerce, LLC, (iv) ACM North, LLC, (v) MAS Holdings Group, LLC, (vi) Sawyer Holdings, LLC to retain counsel and file a notice of appearance by new counsel on or before **February 20, 2025**. They too have failed to do so. The docket reflects no such entry.

7. Almost one year has elapsed since defendants failed to comply with this Court's order. There being an unwillingness to participate in this litigation, Plaintiff respectfully requests that default be entered against (i) MJS Nevada Trust, (ii) The Property Located at 6508

Setting Moon Street, North Las Vegas, NV 89084-1258, (iii) ATD Commerce, LLC, (iv) ACM North, LLC, (v) MAS Holdings Group, LLC, (vi) Sawyer Holdings, LLC, (vii) Mark Anthony Sawyer, and (viii) Jennifer Sawyer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 30th day of January 2026

By: /s/Michael Machat
Michael Machat
Attorney for Plaintiff Sonia Feldman
Appearing *pro hac vice*

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that on this 29th day of January 2026, I mailed a copy of the foregoing motion to each defendant at the addresses listed below.

DATED this 30th day of January 2026

**Machat & Associates, PC**

By: /s/Michael Machat

MARK SAWYER
6940 N. Jensen St,
Las Vegas, NV 89149
Email: msawyer2729@yahoo.com

JENNIFER SAWYER
6940 N. Jensen St,
Las Vegas, NV 89149
Email: jen61002@hotmail.com

MJS NEVADA TRUST
6940 N. Jensen St,
Las Vegas, NV 89149

THE PROPERTY LOCATED AT:
6508 Setting Moon Street
North Las Vegas, NV 89084-1258

ATD COMMERCE, LLC.
C/o US CORPORATE SOLUTIONS, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

ACM NORTH, LLC.
C/o US CORPORATE SOLUTIONS, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

MAS HOLDINGS GROUP, LLC.
C/o US CORPORATE SOLUTIONS, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, NV 89146

SAWYER HOLDINGS, LLC
C/o JEFFREY BURR, LTD.
2600 Paseo Verde Pkwy., Suite 200
Henderson, NV 89074

SUPPLEMENTAL DECLARATION RE APPLICATION FOR CLERK'S ENTRY OF DEFAULT OF ALL DEFENDANTS