## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FELDMAN, | ) |
|        Plaintiff(s), | ) |
| v. | ) Case No.: 2:24-cv-00526-JCM-MDC |
| MARK ANTHONY SAWYER, et al., | ) **DEFAULT** |
|        Defendant(s). | ) |

the __Amended__ Complaint  It appearing from the records in the above-entitled action that Summons issued on __May 29, 2024__
(Original, Amended, etc)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants (i) MJS Nevada Trust, (ii) The Property Located at 6508 Setting Moon St., North Las Vegas, NV 89084-1258, (iii) ATD Commerce, LLC, (iv) ACM North, LLC, (v) MAS Holdings Group, LLC, (vi) Sawyer Holdings, LLC, (vii) Mark Anthony Sawyer, & (viii) Jennifer Sawyer. in the above-entitled action is hereby entered.

DATED: 2/27/2026

DEBRA K. KEMPI, CLERK

By: _Amber Freeman_
      Deputy Clerk