# EXHIBIT 4

| Date | Hours | Description | Compla | Discove | MSJ | Defaul |
|---|---|---|---|---|---|---|
| 3/16/24 | 6 | Continue preparing Complaint for new case to be filed in Las Vegas | 6 | | | |
| 3/17/24 | 4 | Finish draft of complaint to be filed in Nevada | 4 | | | |
| 3/14/24 | 4 | Research and writing on Nevada laws for unjust enrichment, fraudulent conveyance and writs of attachment | 4 | | | |
| 4/1/24 | 2 | lis pendens for Jensen property; review Clark county accessor files: review Acm north files from Chase. | 2 | | | |
| 4/6/24 | 0.2 | File Certificate of Interested Parties in Las Vegas Case | 0.2 | | | |
| 4/8/24 | 0.1 | Review email from Na'il requesting we dismiss Nevada case | 0.1 | | | |
| 4/8/24 | 0.2 | Review emails from Stacie at Louis' office and from US District Court clerk | 0.2 | | | |
| 4/8/24 | 0.7 | Gather documents for Louis to prepare and record Lis Pendens in Las Vegas; gather documents for Phyllis @ BendersLegal to work on in San Jose | 0.7 | | | |
| 5/24/24 | 2.5 | Review changes to Amended Complaint altered by our Vegas attorneys and add and revise content where needed; email to Mark and Kyle (Vegas attorneys) | 2.5 | | | |
| 5/7/24 | 0.5 | Discussion about case with Las Vegas attorney Mark Albright with view to bringing him onboard | 0.5 | | | |

| Date | | Description | |
| --- | --- | --- | --- |
| 5/8/24 | 0.2 | Review Trebstone Ventures, a WY corporation, case against Mark Sawyer and DIG Investments | 0.2 |
| 5/8/24 | 0.3 | Conference with Mark Albright re terms of engagement for Nevada case | 0.3 |
| 5/9/24 | 0.5 | Review Sonia's agreement with Albright firm and revise | 0.5 |
| 5/10/24 | 0.4 | Discussions with Mark Albright about prejudment writ of attachment in Nevada and Lis Pendens | 0.4 |
| 5/13/24 | 1 | Telephone calls and email of documents with Mark and Kyle re going for writ of attachment in Nevada | 1 |
| 5/14/24 | 0.9 | Review Nevada Lis Pendens statute with Mark Albright and discuss the applicability of recording them; apprise him of three deeds and history behind the prior filing of the Lis Pendens on the Jensen property | 0.9 |
| 5/15/24 | 0.3 | Review Notices of Lis Pendens filed by Albright firm on the 3 properties owned by Nevada MJS Trust | 0.3 |
| 5/16/24 | 0.4 | Quick perusal of first draft of amended complaint | 0.4 |

| 5/20/24 | 0.3 | Review letter from Kyle re questions needing to be addressed in revised version of Amended Complaint | 0.3 |
|---|---|---|---|
| 6/15/24 | 0.3 | Prepare amended summons for Nevada case | 0.3 |
| 7/5/24 | 0.2 | Email Vegas firm asking them to serve the corporate entities at their registered offices | 0.2 |
| 7/8/24 | 0.3 | Review and respond to emails from Albright's paralegal re service; call from Sonia | 0.3 |
| 7/12/24 | 0.4 | Review email from Mark Katz, lawyer for buyer of land behind Mark's Vegas house; compare lis pendens filed by Louis and Mark Albright | 0.4 |
| 7/12/24 | 0.4 | Conference with Mark Katz, attorney for buyer of 5 acres behind Mark's home in Vegas | 0.4 |
| 7/12/24 | 0.2 | Review and respond to email from Mark's Vegas lawyer in Vegas case | 0.2 |
| 7/12/24 | 0.4 | Update Sonia on current events in case and potential outcomes | 0.4 |

| Date | Hours | Description | |
|---|---|---|---|
| 7/15/24 | 1 | Conference with Mark Albright and Kyle re status of lis pendens on Vegas properties, and equity in Mark's house in Vegas; call to Sonia re same and releasing lis pendens on vacanat land; research deeds of trust on Vegas properties | 1 |
| 7/16/24 | 1.5 | Review message from Mark Katz re lis pendens on adjacent land;  Review legal research provided by Mark Albright; discuss with Sonia; discuss with Mark | 1.5 |
| 7/16/24 | 0.8 | Further calls with Sonia and Mark Albright re removing lis pendens; call with Mark Katz regarding the same | 0.8 |
| 7/16/24 | 0.3 | Review filings and send email to Sawyer's Vegas attorney re responding to the complaint and preparing a stipulation | 0.3 |
| 7/17/24 | 0.2 | Review release of lis pendens on vacant land filed by Mark Albright | 0.2 |
| 7/17/24 | 0.3 | Review email from Mark Sawyer's Vegas attorney with attached waiver of service of summons and respond asking for stipulation as to time to respond | 0.3 |

| Date | Hours | Description | | |
|---|---|---|---|---|
| 7/18/24 | 1 | Prepare motion to dismiss the vacant land from the lawsuit; research potential perils of dismissing just one defendant out of 10; emails back and forth with Sawyer's new lawyer re stipulation to accept service on remaining 9 defendants making Sept 16 the responsive pleading due date. | 1 | |
| 7/15/24 | 0.2 | Review and approve document filed in Las Vegas case giving Sawyer and his associates until Sept 16 to respond to complaint | 0.2 | |
| 8/22/24 | 0.5 | Conference with Mark Albright re next steps now that he has the exemplified copy of judgment; review files | 0.5 | |
| 9/23/24 | 0.4 | Conference with Mark Albright about collection steps in Nevada case and options including judgment debtor examination and needing to amend judgment to include trust | 0.4 | |
| 9/23/24 | 0.4 | Review documents from Albright's firm | | 0.4 |
| 9/26/24 | 0.2 | Email Sawyer's Nevada attorney re rule 26 meeting for October 1st. | | 0.2 |
| 9/30/24 | 0.3 | Emails back and forth with Sawyer's Nevada attorney setting up call on October 4 for Rule 26 meeting of counsel | | 0.3 |

| | | | |
|---|---|---|---|
| 10/4/24 | 0.6 | Rule 26 Conference with Brent, Mark's Nevada attorney | 0.6 |
| 10/9/24 | 0.5 | Conference with Brent, Vegas attorney re preparing rule 26 discovery report and potential settlement | 0.5 |
| 10/10/24 | 0.4 | Begin work on Rule 26 report | 0.4 |
| 10/10/24 | 2.2 | Prepare rule 26 report, send to Sawyer's attorney, revise and file with court | 2.2 |
| 10/10/24 | 0.3 | Review waiver of summons forms sent over by Brent and file with court | 0.3 |
| 10/20/24 | 4 | Prepare Federal Court subpoenas to be served upon Vegas Auto Gallery and to be served upon Jeffrey Burr, the firm that created the MJS Nevada Trust.  Prepare and serve First Set of Interrogatories on Jennifer Sawyer; emails back and forth with Brent - Mark's attorney re illness. | 4 |
| 10/21/24 | 0.5 | Emails back and forth with Mark Albright and Phylis re service of subpoenas; prepare notice of service of subpoenas duces tecam on Vegas Auto Gallery and Jeffrey Burr and mail to Brent | 0.5 |
| 10/28/24 | 0.2 | Review Brent's email complaining about subpoenas | 0.2 |

| 10/28/24 | 0.4 | Respond to Brent's email re subpoenas and document production; attach the checks written to Vegas Auto Gallery | 0.4 |
|---|---|---|---|
| 12/5/24 | 0.3 | Review Nevada Federal local rules regarding discovery motions | 0.3 |
| 12/4/24 | 2 | Review responses to discovery requests propounded on Jennifer Sawyer and write meet and confer letter regarding the same setting up the matter for filing a motion to compel | 2 |
| 12/4/24 | 1 | Prepare 1st set of requests for production of documents to be served on Mark Sawyer | 1 |
| 12/4/24 | 0.5 | Review motion to withdraw as attorney filed by Brent Bryson | 0.5 |
| 12/6/24 | 0.5 | Research Nevada fraudulent conveyance law and N.R.S. 112.180 | 0.5 |
| 11/4/24 | 0.5 | Review Brent's email with revised initial disclosures containing copy of MJS Nevada Trust | 0.5 |
| 11/5/24 | 0.6 | Discussion with Mark Albright regarding statute of limitations applicable to asset protection trust and potential need to amend complaint. Review Nevada Statutes | 0.6 |
| 11/20/24 | 0.3 | Review responses to document production requests propounded on Jennifer Sawyer | 0.3 |

| | | | |
|---|---|---|---|
| 12/9/24 | 0.5 | Research Nevada case law re unjust enrichment and statute of limitations | 0.5 |
| 12/16/24 | 5 | Prepare RFAs for Mark; RFAs for Jennifer; 1st set of Interrogatories on Mark. Review file; email to Albright; research into correcting name of defendants; call with Sonia. | 5 |
| 12/18/24 | 4 | Legal Research; Prepare motion to correct names of defendants pursuant to FRCP 60 and 15; prepare declaration of Michael Machat, send over to Mark Albright for review and filing; Prepare Non-Opposition to withdrawal motion of Brent Bryson | 4 |
| 12/17/24 | 0.5 | Conference with Brent Bryson about the case and correcting the names of parties | 0.5 |
| 12/19/24 | 0.3 | Review Magistrate's Order relieving Brent as attorney for defendants | 0.3 |
| 12/19/24 | 0.3 | Conference with Mark Albright and Phylis re Magistrate's order and filing motion to correct names of defendants same day | 0.3 |
| 12/19/24 | 0.3 | Review tweaks to motion to correct names of defendants | 0.3 |

| Date | Hours | Description | | Hours |
|---|---|---|---|---|
| 12/19/24 | 0.5 | Conference with Phyllis re sending out RFA's and Interrogatories at same time as notice of motion; review tweaks to discovery request; review Phyllis email and call to her to resend adding Brent as a cc | | 0.5 |
| 2/5/25 | 0.5 | Call with Albright re trust needing lawyer and trust defaulting without one; review cases sent over stating do | | 0.5 |
| 2/24/25 | 5 | Continue working on motion for summary judgment | | 5 |
| 2/7/25 | 3 | Begin writing motion for summary judgment in Vegas case | | 3 |
| 2/9/25 | 2 | Continue work on motion for summary judgment | | 2 |
| 2/25/25 | 0.5 | Briefly review further production from Sawyer and send email to Albright firm regarding what we want from Sawyer at debtor's exam | | 0.5 |
| 3/1/25 | 6 | Further work on motion for summary judgment - writing facts and work on argument | | 6 |
| 3/2/25 | 8 | Finish most of second draft of Motion for Summary Judgment after deleting non essential sections; review case files and obtain transcripts of zoom calls | | 8 |

| 3/2/25 | 4 | Prepare declarations for motion for summary judgment and further edits to motion, matching up references in the documents; additional editing | 4 |
| 2/21/25 | 3 | Research re deemed admissions for failure to respond to requests for admissions; | 3 |
| 2/24/25 | 5 | Research re Nevada law on spendthrift trusts and unjust enrichment | 5 |
| 3/3/25 | 0.3 | Telephone conference with Mark Albright and Kyle regarding upcoming filing of motion for summary judgment and two separate statute of limitations statutes re spendthrift trusts | 0.3 |
| 3/6/25 | 7 | Review and edit final draft of motion for summary judgment, and Machat declaration and Sonia declaration; send final documents to Albright | 7 |
| 3/4/25 | 3 | Research and writing re statute of limitations defense to motion for summary judgment, defendants failure to raise it in answer with time to amend having expired; Review transcript of zoom meeting and further edits to MSJ. | 3 |

| | | | |
|---|---|---|---|
| 3/6/25 | 1.5 | Correspond and conference with Kyle and Phyllis re Kyle's tweaks to complaint, review and filing; email re correcting proof of service | 1.5 |
| 4/4/25 | 0.5 | Review and authorize filing of notice of no opposition with Nevada District Court; confer with Sonia | 0.5 |
| 4/30/25 | 0.4 | Review Judge Mahan's case management order re pretrial order filing | 0.4 |
| 4/30/25 | 0.3 | Prepare draft email to Sawyer and Jennifer re preparation of pretrial order | 0.3 |
| 1/16/26 | 0.2 | Review order from Nevada District Court Judge | 0.2 |
| 1/16/26 | 0.3 | Email to Albright re Federal Judge's order and general update | 0.3 |
| 1/19/26 | 0.1 | Call with Sonia | 0.1 |
| 1/16/26 | 0.3 | Review procedures for requesting default judgment in Nevada Federal District Court | 0.3 |
| 1/27/26 | 3 | Review Magistrate's Order re filing request for default; review correspondence from Albright regarding the same; review prior court orders and prepare and file motion for default against all defendants. | 3 |

| Date | Hours | Description | Hours |
|---|---|---|---|
| 1/29/26 | 0.5 | Review emails from Albright's firm with AI suggestions regarding filing of request for default and respond. Review Nevada court website; confer with Jeremy | 0.5 |
| 1/30/26 | 2 | Review Albright's firms communications regarding need to supplement or refile request for default; review file and prepare Declaration to supplement filing for request for default; discussions with Jeremy re the same | 2 |
| 1/27/26 | 1.3 | Jeremy -- Review federal case documents, draft/revise motion for default, etc. | 1.3 |
| 1/30/26 | 0.2 | Jeremy - Review and reply to emails re motion for default | 0.2 |
| 1/30/26 | 0.3 | Jeremy - Revisions to decl. ISO request for default in fed. Case | 0.3 |
| 2/27/26 | 0.7 | Review Clerk's entry of default in Nevada case against Sawyer and his entities; review docket, motion for default judgment prepared by Albright firm and First Amended Complaint; review motion for summary judgment - all with an eye toward filing a renewed motion for default judgment | 0.7 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/27/26 | 0.5 | Email to Mark Albright alerting him to strategy of filing renewed motion for default judgment in the federal case specifying exact relief we want. | | | | 0.5 |
| 3/12/26 | 4 | Work on superseding motion for default judgment in federal case | | | | 4 |
| 3/23/26 | 3 | Finish draft of superseding motion for default judgment | | | | 3 |
| 3/23/26 | 0.5 | Review Jeremy's redline of motion for default judgment and make final edits and file with court | | | | 0.5 |
| 3/25/26 | 0.3 | Review Order granting default judgment | | | | 0.3 |
| 3/25/26 | 0.7 | Discussions with Sonia regarding next steps in enforcement | | | | 0.7 |
| 4/8/26 | 8 | Motion for attorney's fees | | | | 8 |
| **Totals** | **135.9** | | **32.9** | **26** | **51.1** | **25.9** |