MEGAN K. McHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
E-Mail: m.mchenry@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Plaintiff/Judgment Creditor*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SONIA FELDMAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARK ANTHONY SAWYER, et al.,<br><br>                    Defendants. | Case Number: 2:24-CV-526 JCM (MDC) |

### NOTICE OF APPEARANCE

PLEASE   TAKE   NOTICE   that   Plaintiff/Judgment   Creditor,   SONIA   FELDMAN ("Plaintiff'"), is represented by the Law Office of Hayes & Welsh as counsel for post-judgment proceedings in the instant action and all notices, papers and pleadings shall be served upon Megan K. McHenry, Esq. at the Law Office of Hayes & Welsh, on behalf of Plaintiff in the above-captioned matter.

DATED this 17th day of April, 2026

LAW OFFICE OF HAYES & WELSH


By:    */s/ Megan K. McHenry*
        MEGAN K. McHENRY, ESQ.
        Nevada State Bar No. 9119
        199 North Arroyo Grande Blvd., Suite 200
        Henderson, Nevada 89074
        (702) 434-3444
        *Attorneys for Plaintiff*
        *SONIA FELDMAN*

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 17th day of April, 2026, I electronically filed and served and true and correct copy of the foregoing document entitled: ***NOTICE OF APPEARANCE,*** making it available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system; <u>and</u> by placing each copy in a sealed envelope, first-class postage fully prepaid thereon, and addressed as follows:

**Sawyer Holdings LLC**
c/o Jeffrey Burr, Ltd.
2600 Paseo Verde Pkwy., Suite 200
Henderson, Nevada 89074

**ACM North LLC**
c/o US Corporate Solutions, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, Nevada 89146

**ATD Commerce, LLC**
c/o US Corporate Solutions, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, Nevada 89146

**MAS Holdings Group, LLC**
c/o US Corporate Solutions, LLC
2685 S. Rainbow Blvd., Suite 213
Las Vegas, Nevada 89146

**MJS Nevada Trust**
**Mark & Jennifer Sawyer**
6508 Setting Moon Street
North Las Vegas, NV 89084-1258

**MJS NV Trust**
**Mark & Jennifer Sawyer**
6940 N. Jensen Street
Las Vegas, Nevada 89149

By:    _/s/ Kathleen Bratton_____
An employee of Law Office of Hayes & Welsh