**BANK**
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Bankruptcy Attorneys for Debtors,
Mark and Jennifer Sawyer

**UNITED STATES DISTRICT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Sonia Feldman | Case No: 2:24-cv-00526 |
| Plaintiff, | |
| v. | |
| Mark Anthony Sawyer, Jennifer Ann Sawyer, Nevada MJS Trust, The Property Located At 6940 N. Jensen Street, Las Vegas, NV 89149-1365, ATD Commerce, LLC, ACM North, LLC, MAS Holdings Group, LLC., and Sawyer Holdings, LLC | **NOTICE OF BANKRUPTCY OF** **MARK AND JENNIFER SAWYER** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant, Mark and Jennifer Sawyer (the "Defendants"), filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code on April 29, 2026, in the United States Bankruptcy Court for the District of Nevada, Case No. BK-S-26-12677-abl. A copy of the *Notice of Bankruptcy Case Filing* is attached hereto. The filing of a bankruptcy case imposes an immediate automatic stay pursuant to 11 U.S.C. § 362, thereby prohibiting and staying this litigation from proceeding further against Defendant.

. . .

. . .

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

Dated: April 30, 2026.

By: /s/ Zachariah Larson
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Bankruptcy Attorneys for Debtors,
Mark and Jennifer Sawyer

## CERTIFICATE OF SERVICE

I hereby certify that the *Notice of Bankruptcy of Defendant* submitted electronically for filing and/or service with the Eighth Judicial District Court on the 30th day of April, 2026. Electronic service of the foregoing document shall be made in accordance with the Odyssey E-File and Serve System.

/s/ *Jennifer Wurtz*
Jennifer Wurtz, an employee of
Larson & Zirzow, LLC

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | MARK ANTHONY SAWYER<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–4261<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | JENNIFER ANN SAWYER<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–6951<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  District of Nevada | | Date case filed for chapter:      7     4/29/26 |
| Case number:   26–12677–abl | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | MARK ANTHONY SAWYER | | JENNIFER ANN SAWYER |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 6940 N. JENSEN ST.<br>LAS VEGAS, NV 89149–1365 | | 6940 N. JENSEN ST.<br>LAS VEGAS, NV 89149–1365 |
| 4. | **Debtor's attorney**<br>Name and address | ZACHARIAH LARSON<br>LARSON AND ZIRZOW, LLC<br>850 E. BONNEVILLE AVE.<br>LAS VEGAS, NV 89101 | | Contact phone 702–382–1170<br><br>Email:  zlarson@lzlawnv.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT E. ATKINSON<br>376 E WARM SPRINGS RD STE 130<br>LAS VEGAS, NV 89119 | | Contact phone 702 617–3200 |

**For more information, see page 2 >**

Debtor **MARK ANTHONY SAWYER** and **JENNIFER ANN SAWYER**                                      Case number **26–12677–abl**

| 6. | **Bankruptcy clerk's office** | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone: (702) 527–7000<br><br>Date: 4/29/26 |
| 7. | **Meeting of creditors** | **June 5, 2026 at 09:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 345 988 8172, and Passcode 5744209853, OR call 1 725 237 1880** |
| | | **For additional meeting information, go to www.justice.gov/ust/moc** | |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 8/4/26** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |